Anthony J. Hampton
6104 SW 26th St., Apt. A
Topeka, KS 66614



OCT 19 2018

Clerk, U.S. District Court
By:_____Deputy Clerk

October 9, 2018

RE: HAMPTON v. BARCLAYS BANK DELAWARE, et al., 5:18-cv-04071-DDC-KGS

Please be advised that I inadvertently filed and served my First Amended Verified Complaint without the referenced "Exhibit A" and "Exhibit B" (shown on page 13).

Enclosed with this letter please find Exhibit A and Exhibit B.

_____
Anthony J. Hampton, Plaintiff in Pro Per

Encl: Exhibit A, Exhibit B
CC: Clerk of Court, all counsel of record