*TransUnion*
**735**
As of: March 19, 2018

*Equifax*
**752**
As of: March 19, 2018

*Experian*
**760**
As of: March 19, 2018

See Your New Scores on 04/26/2018

|   |   |   | Good | Great |   |   |
|---|---|---|------|-------|---|---|
| 300 | 500 | 560 | 670 | 750 | 810 | 850 |

### Good job! The way you're using and paying your credit cards is helping your scores.

**Your credit utilization is:**

$1,727
Total Credit Usage

$66,300
Total Credit Limit

**3%**

Talk to me about your credit usage and other factors that impact your score.

**1-855-426-9143**

## You Stand Out!

Your scores place you above others in your age group, in your state and across the nation.

**KS**
State

**53**
Age

**YOUR SCORES**

735

**US AVERAGE**

673

Compare your score by:

( US Average )   ( Age )   ( State Average )


Exhibit A

*TransUnion*

**608** -26

As of: May 29, 2018

*Equifax*

**581** -46

As of: May 29, 2018

*Experian*

**596** -20

As of: May 29, 2018

See Your New Scores in 28 days

Fair

| 300 | 500 | 560 | 670 | 750 | 810 | 850 |

## Good job! The way you're using and paying your credit cards is helping your scores.

Your credit utilization is:

**$8,150**
Total Credit Usage
▼

**$89,200**
Total Credit Limit

**10%**

Talk to me about your credit usage and other factors that impact your score.

**1-855-426-9143**

# Your Full Credit Report

Want all the details? Get a complete look at your accounts, payment history and more

| **21** | **0** | **1** | **0** | **6** |
|---|---|---|---|---|
| Credit Cards | Real Estate | Auto Loans | Student Loans | Other Accounts |

( Take Me to My Reports )

# TransUnion     Equifax     Experian

## Barclays Bank ...
Act.# 90001****

**Individual Account**

| $319 Past Due | $4,921 Balance |
| Open Condition | $5,000 High Balance |
| Other Account Type | $106 Payment |
| 10.18.2017 Opened | 04.25.2018 Date Reported |

**Payment History**

On-Time Payments:

 5 months of On-time Payments

Not Reported:

 16 months of No Data Reported

Late Payment:

 March 2018 Payment 30 Days Late

**2018**

| Jan | Feb | Mar |
|  |  | 30 |

**2017**

| Jan | Feb | Mar | Apr | May | Jun |
| NR | NR | NR | NR | NR | NR |
| Jul | Aug | Sep | Oct | Nov | Dec |
| NR | NR | NR | ✓ | ✓ | ✓ |

**2016**

| | | | Apr | May | Jun |
| | | | NR | NR | NR |

---

## Barclaysbk
Act.# 90001****

**Individual Account**

| $425 Past Due | $4,962 Balance |
| Open Condition | $5,000 High Balance |
| Other Account Type | $106 Payment |
| 10.01.2017 Opened | 05.01.2018 Date Reported |

**Payment History**

Not Reported:

 20 months of No Data Reported

Late Payment:

 April 2018 Payment 60 Days Late

 March 2018 Payment 30 Days Late

**2018**

| Jan | Feb | Mar | Apr |
| NR | NR | 30 | 60 |

**2017**

| Jan | Feb | Mar | Apr | May | Jun |
| NR | NR | NR | NR | NR | NR |
| Jul | Aug | Sep | Oct | Nov | Dec |
| NR | NR | NR | NR | NR | NR |

**2016**

| | | | | May | Jun |
| | | | | NR | NR |
| Jul | Aug | Sep | Oct | Nov | Dec |

---

## Brclysbank
Act.# 90001****

**Individual Account**

| $425 Past Due | $4,962 Balance |
| Open Condition | $5,000 High Balance |
| Other Account Type | $106 Payment |
| 10.01.2017 Opened | 05.25.2018 Date Reported |

**Payment History**

On-Time Payments:

 5 months of On-time Payments

Not Reported:

 16 months of No Data Reported

Late Payment:

 May 2018 Payment 90 Days Late

 April 2018 Payment 60 Days Late

 March 2018 Payment 30 Days Late

**2018**

| Jan | Feb | Mar | Apr | May |
| ✓ | ✓ | 30 | 60 | 90 |

**2017**

| Jan | Feb | Mar | Apr | May | Jun |
| NR | NR | NR | NR | NR | NR |
| Jul | Aug | Sep | Oct | Nov | Dec |
| NR | NR | NR | ✓ | ✓ | ✓ |

## Open Accounts

# Your Open Accounts
Reported from TransUnion 05.29.2018



| | | | | |
|---|---|---|---|---|
| **Discover Personal ...** Act.# 5000010**** | $2,069 Past Due | 08.01.2016 Opened | $35,000 High Balance | $30,155 Balance |
| **Sfindcorp** Act.# PL1**** | $321 Past Due | 05.09.2017 Opened | $17,660 High Balance | $16,341 Balance |
| **Loandepot.Com** Act.# LDP93**** | $1,670 Past Due | 12.21.2015 Opened | $24,000 High Balance | $16,283 Balance |
| Individual Account | Other Account Type | Open Condition | 04.23.2018 Date Reported | $537 Payment |

**Creditor Contact:** PO BOX 77404, EWING, NJ 08628 | (877) 420-4526

**Payment History**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 1 Negative Item | | | | | | | | | | | |
| |  |  |  30 | | | | | | | | | |
| 2017 | 0 Negative Items | | | | | | | | | | | |
| |  |  |  |  |  |  |  |  |  |  |  |   |
| 2016 | 0 Negative Items | | | | | | | | | | | |
| | | | |  |  |  |  |  |  |  |  |   |

| | | | | |
|---|---|---|---|---|
| **Barclays Bank Del...** | $319 | 10.18.2017 | $5,000 | $4,921 |

**TransUnion**      **Equifax**      **Experian**



**Loandepot.Com**
Act.# LDP93****

Individual Account



Account not reported by this bureau.



Account not reported by this bureau.

$1670  
Past Due

$16,283  
Balance

Open  
Condition

$24,000  
High Balance

Other  
Account Type

$537  
Payment

12.21.2015  
Opened

04.23.2018  
Date Reported

**Payment History**

On-Time Payments:

✓ 21 months of On-time Payments

Late Payment:

**30 Days**   March 2018 Payment 30 Days Late

**2018**

| Jan | Feb | Mar |
|---|---|---|
| ✓ | ✓ | 30 |

**2017**

| Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2016**

| | | | Apr | May | Jun |
|---|---|---|---|---|---|
| | | | ✓ | ✓ | ✓ |

| Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted]

## Open Accounts

# Your Open Accounts
Reported from TransUnion 05.29.2018



**Discover Personal Loans**
Act.# 5000010****

| | | | |
|---|---|---|---|
| $2,069 Past Due | 08.01.2016 Opened | $35,000 High Balance | $30,155 Balance |
| **Individual Account** | | | |
| Other Account Type | Open Condition | 05.05.2018 Date Reported | $689 Payment |

**Creditor Contact:** PO BOX 30954, SALT LAKE CITY, UT 84130

**Remarks:** Account information disputed by consumer, meets FCRA requirements

### Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018  Negative Items | ✓ | ✓ | 30 | 60 | | | | | | | | |
| 2017  Negative Items | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016  Negative Items | | | | | ▪ | ▪ | ▪ | ▪ | ✓ | ✓ | ✓ | ✓ |

**TransUnion**     **Equifax**     **Experian**

 **Discover Perso...**
Act.# 5000010****

**Individual Account**

$2069 Past Due    $30,155 Balance
Open Condition    $35,000 High Balance
Other Account Type    $689 Payment

 **Discover**
Act.# 5000010****

**Individual Account**

$2069 Past Due    $30,289 Balance
Open Condition    $35,000 High Balance
Other Account Type    $689 Payment

**Discover Bank**
Act.# 5000010****

**Individual Account**

$2069 Past Due    $30,289 Balance
Open Condition    $35,000 High Balance
Other Account Type    $689 Payment

| 08.01.2016 | 05.05.2018 |
|---|---|
| Opened | Date Reported |

## Payment History

**On-Time Payments:**

✓ 18 months of On-time Payments

**Not Reported:**

NR 3 months of No Data Reported

**Late Payment:**

60 Days — April 2018 Payment 60 Days Late

30 Days — March 2018 Payment 30 Days Late

**2018**

| Jan | Feb | Mar | Apr |
|---|---|---|---|
| ✓ | ✓ | 30 | 60 |

**2017**

| Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2016**

| | | | | May | Jun |
|---|---|---|---|---|---|
| | | | | NR | NR |

| Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|
| NR | NR | ✓ | ✓ | ✓ | ✓ |

---

| 08.01.2016 | 05.01.2018 |
|---|---|
| Opened | Date Reported |

## Payment History

**Not Reported:**

NR 20 months of No Data Reported

**Late Payment:**

60 Days — April 2018 Payment 60 Days Late

30 Days — March 2018 Payment 30 Days Late

**2018**

| Jan | Feb | Mar | Apr |
|---|---|---|---|
| NR | NR | 30 | 60 |

**2017**

| Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|
| NR | NR | NR | NR | NR | NR |

| Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|
| NR | NR | NR | NR | NR | NR |

**2016**

| | | | | May | Jun |
|---|---|---|---|---|---|
| | | | | NR | NR |

| Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|
| NR | NR | NR | NR | NR | NR |

---

| 08.01.2016 | 05.19.2018 |
|---|---|
| Opened | Date Reported |

## Payment History

**On-Time Payments:**

✓ 18 months of On-time Payments

**Not Reported:**

NR 3 months of No Data Reported

**Late Payment:**

60 Days — May 2018 Payment 60 Days Late

60 Days — April 2018 Payment 60 Days Late

30 Days — March 2018 Payment 30 Days Late

**2018**

| Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|
| ✓ | ✓ | 30 | 60 | 60 |

**2017**

| Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2016**

| | | | | | Jun |
|---|---|---|---|---|---|
| | | | | | NR |

| Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|
| NR | NR | ✓ | ✓ | ✓ | ✓ |