FILED
OCT 23 2018
Clerk, U.S. District Court
By:_____ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

ANTHONY J. HAMPTON,

  Plaintiff,

v.

BARCLAYS BANK DELAWARE; DISCOVER BANK; LOAN DEPOT, LLC; MARKETPLACE LOAN GRANTOR TRUST, SERIES 2016-LD1; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; and Does 1-10,

  Defendants.

No. 5:18-cv-04071-DDC-KGS

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Anthony J. Hampton, respectfully moves the Court, pursuant to Rule 15, for leave to file an Amended Complaint, a copy of which has been filed already. Plaintiff is entitled to amend under Rule 15(c) as the amendments relate back to the original complaint. The new complaint maintains the clauses and allegations against the same defendants from the original complaint but makes clarifications that were challenged in

1

various motions to dismiss. Specifically, as follows:

1. Defendant "LOAN DEPOT, LLC" has been changed to "LOANDEPOT.COM, LLC".
2. Paragraph 22 clarifies that Defendant is MPLGT.
3. Clause I clarifies that Defendant is LD.
4. Added paragraph 37 to read: "The calls made by Defendant LD to Plaintiff's cellular telephone were in the nature of a mechanical sounding device that dialed the cellular number. Some calls were eventually completed by a live person in which a voice message was left or not left."
5. Clause II clarifies that Defendant is MPLGT.
6. Added new paragraph 43 to read: "The calls made by Defendant MPLGT to Plaintiff's cellular telephone were in the nature of a mechanical sounding device that was not humanly created. Some calls were eventually completed by a live person in which a voice message was left."
7. Clause III clarifies Defendants as BARCLAYS, DISCOVER AND LD.
8. Clauses IV, V and VI clarifies Defendants as EQUIFAX, EXPERIAN AND TRANS.

For the reasons identified above, Plaintiff requests that the Court grant his motion for leave to file the amended complaint.

_____
Anthony J. Hampton, Plaintiff, In Pro Per

## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

ANTHONY J. HAMPTON,        Plaintiff,

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

vs.

Case No. 5:18-cv-04071-DDC-KGS

BARCLAYS BANK DELAWARE, et al.,

Defendant(s).

I hereby certify that on __10-23-18__ (mm/dd/yyyy), I caused the following documents:

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

*[Check the box, below, that applies to how you served the above documents.]*

☐ to be filed electronically with the Clerk of Court through ECF and/or

☒ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, LLP
9401 Indian Creek Pkwy
Building 40, Suite 1150
Overland Park, KS 66210
For Barclays Bank

HUSCH BLACKWELL LLP
4801 Main St, Suite 1000
Kansas City, Missouri 64112
For Discover Bank

SPENCER FANE, LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
For loanDepot.com, LLC

FOULSTON SIEFKIN, LLP
1551 N. Waterfront Pkwy, Suite 100
Wichita, KS 67206
For MPLGT

HORN, AYLWARD & BANDY, LLC
2600 Grand Blvd, Suite 1100
Kansas City, MO 64108
For Experian Information Solutions, Inc.

GUILLERMO, GABRIEL, ZOROGASTUN, POLSINELLI, PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
For Equifax, Inc. & Equifax Information Services, LLC

BAKER, STERCHI, COWDEN & RICE, LLC-OP
51 Corporate Woods
9393 W. 110th Street, Suite 500
Overland Park, KS 66210
For TransUnion, LLC

Date:

s/ [signature]

**Signature of filing party**

_Anthony J. Hampton_
Filer's Typed Name