# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# TOPEKA DIVISION

|  |  |
|---|---|
| ANTHONY J. HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 5:18-CV-04071-DDC-KGS |
| BARCLAYS BANK DELAWARE, *et al*., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT DISCOVER BANK'S
## MOTION FOR PROTECTIVE ORDER

Defendant Discover Bank ("Discover") respectfully moves the Court pursuant to Fed. R. Civ. P. 26(c) for a protective order staying all discovery proceedings, including, but not limited to, any meet and confer under Rule 26(f), affirmative disclosures, or discovery requests, until the Court has ruled on Discover's motion to dismiss, the Court has set an initial scheduling conference, and the parties have conducted a Rule 26(f) conference. Discover and other defendants have moved to dismiss the entirety of plaintiff's first amended complaint for failure to state a claim. Briefing on the motions to dismiss is complete, and plaintiff has no need for discovery in order to respond. Until plaintiff's recent discovery requests, no discovery has occurred in the case, and the Court has not set an initial scheduling conference or otherwise ordered the parties to confer on discovery. For these reasons and those set forth in Discover's supporting memorandum, the Court should enter a protective order and all other relief deemed appropriate.

Respectfully submitted,

  /s/ Kirsten A. Byrd
Kirsten A. Byrd    KS # 19602
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8300
Facsimile (816) 983-8080
kirsten.byrd@huschblackwell.com

*Attorneys for Defendant Discover Bank*

## Certificate of Service

This undersigned certifies that on May 31, 2019, the foregoing was filed with the Clerk of the Court by using the court's e-filing system, causing electronic service on all counsel of record.

Plaintiff Anthony J. Hampton was served the foregoing by United States mail at:

Anthony J. Hampton
6104 SW 26th Street, Apt. A
Topeka, KS 66614


   /s/ Kirsten A. Byrd
ATTORNEY