IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-4071-DDC-ADM |
| ) | |
| BARCLAYS BANK DELAWARE, et al., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT LOANDEPOT.COM, LLC'S JOINDER IN DEFENDANT DISCOVER BANK'S MOTION FOR PROTECTIVE ORDER**

Plaintiff served written discovery on Defendant loanDepot.com, LLC ("LD LLC"), as well as other defendants, via mail on April 30, 2019. LD LLC has a pending motion to dismiss (Doc. 58-59) and the Court has not issued its initial scheduling order setting a deadline for the parties to conduct a Rule 26(f) conference. As such, Plaintiff's written discovery is premature. See Sobel v. Colmery-O'Neil VA Med. Ctr., No. 08-4001-SAC, 2008 WL 833501, at *1 (D. Kan. Mar. 27, 2008) ("The parties have not held their conference as required by Rule 26(f) and, as such, plaintiff's Motion for Discovery is premature and shall be denied without prejudice. Once the court has set the parties' Rule 26(f) planning conference, and they have conferred, the parties may commence discovery after that date.").

Defendant Discover Bank filed a motion for protective order (Doc. 98-99), seeking to stay "all discovery proceedings . . . until the Court has ruled on the motion to dismiss, the Court has set an initial scheduling conference, and the parties have conducted a Rule 26(f) conference." LD LLC joins in Defendant Discover Bank's motion.

DATED this 3rd day of June, 2019.

OM 506609.1


Respectfully submitted,

SPENCER FANE LLP

By: /s/ Kersten L. Holzhueter
     Joshua C. Dickinson      KS Bar No. 20632
     Kersten L. Holzhueter   KS Bar No. 24885
     1000 Walnut, Suite 1400
     Kansas City, MO 64106
     Telephone: (816) 474-8100
     Facsimile: (816) 474-3216
     E-mail: jdickinson@spencerfane.com
              kholzhueter@spencerfane.com

ATTORNEYS FOR DEFENDANT
LOANDEPOT.COM, LLC

## CERTIFICATE OF SERVICE

I hereby certify that, on June 3, 2019, the foregoing was filed electronically with the United States District Court for the District of Kansas, with notice of case activity generated and sent to all registered parties, and was served on Pro Se Plaintiff via first class mail, postage prepaid, addressed as follows:

Anthony Hampton
6104 SW 26th Street, Apt. A
Topeka, KS 66614

/s/ Kersten L. Holzhueter
Attorney for Defendant