IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BARCLAYS BANK DELAWARE; )<br>DISCOVER BANK; LOAN DEPOT, )<br>LLC; MARKETPLACE LOAN )<br>GRANTOR TRUST, SERIES 2016-LD1; )<br>EQUIFAX, INC.; EQUIFAX )<br>INFORMATION SERVICES, LLC; )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC.; TRANSUNION, )<br>LLC; and Does 1-10, )<br>)<br>Defendants. ) | Case No. 5:18-CV-4071-DDC-KGS<br><br><br><br>**MARKETPLACE LOAN GRANTOR TRUST, SERIES 2016-LD1'S JOINDER IN DISCOVER BANK'S MOTION FOR PROTECTIVE ORDER** |

Defendant Marketplace Loan Grantor Trust, Series 2016-LD1 ("Marketplace"), by and through its undersigned counsel, joins in Discover Bank's ("Discover") Motion for Protective Order [Docket No. 98].

As grounds for this joinder, Marketplace states that Discover's background facts and requests as outlined in its Memorandum in Support of its Motion for Protective Order apply equally to Marketplace. Therefore, Marketplace joins in Discover's request that the Court, pursuant to Fed. R. Civ. P. 26(c), issue a protective order staying all discovery proceedings, including, but not limited to, any meet and confer under Rule 26(f), affirmative disclosures, or discovery requests, until the Court has ruled on each of the several motions to dismiss for failure to state claim that have been filed by several defendants.

Dated this 6th day of June 2019.

                          Respectfully submitted,

                          FOULSTON SIEFKIN LLP
                          1551 N. Waterfront Parkway, Suite 100
                          Wichita, KS 67206-4466
                          316-267-6371
                          mnorton@foulston.com

                          */s/ Michael J. Norton*
                          Michael J. Norton, KS #18732
                          *Attorneys for Defendant Marketplace Loan*
                          *Grantor Trust, Series 2016-LD1*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6th, 2019, I electronically filed the foregoing **DEFENDANT MARKETPLACE LOAN GRANTOR TRUST, SERIES 2016-L1'S JOINDER IN DISCOVER BANK'S MOTION FOR PROTECTIVE ORDER** with the Clerk of Court by using CM/ECF system which will send electronic notification to all counsel of record, and was served on Pro Se Plaintiff via first class mail, postage prepaid, to the following:

Anthony Hampton
6104 SW 26th Street, Apt. A
Topeka, KS 66614

                          */s/ Michael J. Norton*
                          Michael J. Norton, KS #18732
                          *Attorney for Defendant Marketplace Loan*
                          *Grantor Trust, Series 2016-LD1*