UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 5:18-cv-04071-DDC-KGS |
| | ) |
| BARCLAYS BANK DELAWARE, et al., | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS EQUIFAX INFORMATION SERVICES LLC AND EQUIFAX INC.'S JOINDER IN DISCOVER BANK'S MOTION FOR PROTECTIVE ORDER

Defendants, Equifax Information Services LLC ("EIS") and Equifax Inc. (together, "the Equifax Defendants"), by Counsel, hereby join in Discover Bank's ("Discover") Motion for Protective Order. (Doc. 98.)

As grounds for this joinder, the Equifax Defendants that Discover's background facts and requests as outlined in its Memorandum in Support of its Motion for Protective Order apply equally to the Equifax Defendants. Therefore, the Equifax Defendants join in Discover's request that the Court, pursuant to Fed. R. Civ. P. 26(c), issue a protective order staying all discovery proceedings, including, but not limited to, any meet and confer under Rule 26(f), affirmative disclosures, or discovery requests, until the Court has ruled on each of the several motions to dismiss for failure to state claim that have been filed by several defendants, including the Equifax Defendants.

69051167.1

Respectfully submitted,

POLSINELLI PC

 */s/ G. Gabriel Zorogastua*

| | |
|---|---|
| G. Gabriel Zorogastua | KS Bar #23556 |
| Phillip J. R. Zeeck | D. Kan. #78493 |

900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone:  (816) 753-1000
Facsimile:   (816) 753-1536
Email: gzorogastua@polsinelli.com
Email: pzeeck@polsinelli.com

ATTORNEYS FOR DEFENDANTS EQUIFAX INC. and EQUIFAX INFORMATION SERVICES LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 7th day of June, 2019.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Anthony J. Hampton<br>6104 SW 26th Street<br>Apartment A<br>Topeka, Kansas 66614<br>*Plaintiff Pro Se* | Benjamin S. Tschudy, Esq.<br>Kate Bohon McKinney, Esq.<br>MARTIN PRINGLE OLIVER WALLACE &<br>BAUER, LLP<br>9401 Indian Creek Parkway<br>Building 40, Suite 1150<br>Overland Park, Kansas 66210<br>Email: bstschudy@martinpringle.com<br>Email: kbmckinney@martinpringle.com<br>*Attorneys for Defendant*<br>*Barclays Bank Delaware*<br><br>Kirsten A. Byrd, Esq.<br>HUSCH BLACKWELL LLP<br>4800 Main Street, Suite 1000<br>Kansas City, Missouri 64112<br>Email: kirsten.byrd@huschblackwell.com<br>*Attorneys for Defendant*<br>*Discover Bank* |

Joshua C. Dickinson, Esq.
SPENCER FANE LLP
13520 California Street, Suite 290
Omaha, Nebraska 68154
Email: jdickinson@spencerfane.com

Kersten L. Holzhueter, Esq.
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Email: kholzhueter@spencerfane.com
*Attorneys for Defendant*
*Loan Depot, LLC*

Michael C. Barnhill, Esq.
MICHAEL BEST & FRIEDRICH, LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
Email: mcbarnhill@michaelbest.com

Michael J. Norton, Esq.
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206
Email: mnorton@foulston.com
*Attorneys for Defendant*
*Marketplace Loan Grantor Trust*

Bryan E. Mouber, Esq.
BAKER, STERCHI, COWDEN & RICE, LLC
51 Corporate Woods
9393 W. 110th Street, Suite 500
Overland Park, Kansas 66210
Email: mouber@bscr-law.com

James S. Kreamer, Esq.
BAKER, STERCHI, COWDEN & RICE, LLC
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Email: kreamer@bscr-law.com
*Attorneys for Defendant*
*TransUnion, LLC*

Danne W. Webb, Esq.
Andrea S. McMurtry, Esq.
HORN AYLWARD & BANDY, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Email: dwebb@hab-law.com
Email: amcmurtry@hab-law.com

Jeffrey Ryan Zohn, Esq.
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Email: jzohn@jonesday.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

 */s/ G. Gabriel Zorogastua*
Attorney for Defendants Equifax Inc. and Equifax Information Services LLC