IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-4071-DDC |
| ) | |
| BARCLAYS BANK ) | |
| OF DELAWARE, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**INITIAL ORDER REGARDING PLANNING AND SCHEDULING**

Fed. R. Civ. P. 1 mandates the "just, speedy, and inexpensive" determination of civil cases. With that goal in mind, the undersigned U.S. Magistrate Judge, Angel D. Mitchell, will conduct a scheduling conference in in accordance with Fed. R. Civ. P. 16 on **July 9, 2019, at 9:00 a.m.** Plaintiff Anthony J. Hampton and defendants Barclays Bank of Delaware and TransUnion, LLC are required to participate. Other defendants may participate, but they are not required to do so. The conference will be held in Courtroom 470 of the Frank Carlson Building in Topeka, Kansas. The parties may appear in person or by telephone. Participants wishing to appear by telephone may do so by sending an email to chambers seven (7) calendar days before the date of the hearing.

The court will *not* require the parties to hold a conference pursuant to Fed. R. Civ. P. 26(f) at this time or to submit a Report of Parties Planning Conference. However, each party may submit its own proposed scheduling order using the form available at:

*http://ksd.uscourts.gov/index.php/judge/angel-d-mitchell/*

All proposed scheduling orders must be submitted to the magistrate judge via email at *ksd_mitchell_chambers@ksd.uscourts.gov* by **July 2, 2019.**

The court will discuss the following topics during the scheduling conference: the nature and basis of the parties' claims and defenses; the possibilities of settling or resolving the case, including the use of mediation or other methods of alternative dispute resolution; making or at least arranging for the disclosures required by Fed. R. Civ. P. 26(a)(1); any issues about preserving discoverable information; development of a proposed discovery plan; and scheduling specific deadlines.

If parties have questions concerning the requirements of this order, they may contact the undersigned judge's courtroom deputy, Heather Tildes, at (785) 338-5480, or by e-mail at [ksd_mitchell_chambers@ksd.uscourts.gov](mailto:ksd_mitchell_chambers@ksd.uscourts.gov).

**IT IS SO ORDERED.**

Dated June 20, 2019, at Topeka Kansas.

> s/ Angel D. Mitchell
> Angel D. Mitchell
> U.S. Magistrate Judge