AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| Anthony J. Hampton<br>*Plaintiff*<br>v.<br>Barclays Bank of Delaware, et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 18-4071-DDC<br>)<br>)<br>) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    Andrea Kaberline
Envista Credit Credit Union, 3626 S.W. Wanamaker, Topeka, KS 66614

*(Name of person to whom this subpoena is directed)*

☑ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

PLEASE SEE ATTACHED RIDER

| Place: B. Scott Tschudy<br>9401 Indian Creek Pkwy, Building 40 Suite 1150<br>Overland Park, Kansas 66210 | Date and Time:<br>08/16/2019 at 9:40 a.m. |
|---|---|

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR    /s/ B. Scott Tsch___

_____    _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Barclays Bank Delaware_____, who issues or requests this subpoena, are:
B. Scott Tschudy, (see address above),       bstschudy@martinpringle.com, (913) 491-5500

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 18-4071-DDC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Envista Credit Union on *(date)* 07/26/2019.

☑ I served the subpoena by delivering a copy to the named person as follows: Bryan Bickford as Assistant Manager at Envista Credit Union 3626 Wanamaker, Topeka Ks 66614

on *(date)* 7/30/2019 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/30/2019

*Server's signature*

Greg Noll
*Printed name and title*

5350 W 94th Terrace Ste.206
Prairie Village Ks 66207

*Server's address*

Additional information regarding attempted service, etc.: