IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 5:18-CV-04071-DDC-KGS |
| BARCLAYS BANK DELAWARE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT DISCOVER BANK'S RENEWED
### MOTION FOR PROTECTIVE ORDER

Defendant Discover Bank ("Discover") respectfully renews its Motion for a Protective Order pursuant to Fed. R. Civ. P. 26(c) staying all discovery proceedings, including, but not limited to, any meet and confer under Rule 26(f), affirmative disclosures, or discovery requests, until the Court has ruled on Discover's motion to dismiss for the following reasons and those set forth in the separately filed memorandum:

1. On April 30, 2019, Plaintiff served on Discover, and other defendants, discovery requests (Docs. 90-96), even though the Court had not issued an order setting an initial scheduling conference or otherwise ordered the parties to confer under Rule 26(f).

2. Pending before the Court at that time were several motions to dismiss for failure to state a claim that were filed by nearly every defendant. Docs. 75, 78, 83, 87. For Discover, and numerous other defendants, this was the second time moving to dismiss Plaintiff's first amended complaint.

3. In light of its pending motion to dismiss, Discover moved for a protective order staying all discovery until the Court had the opportunity to resolve its motion in an effort to avoid potentially unnecessary discovery. Docs. 98-99. The other defendants joined in the motion. Docs. 100-03.

4. On June 19, 2019, the Court granted Discover's motion and entered a protective order staying all discovery until the earlier of (1) August 16, 2019, or (2) when the district judge ruled on its motion to dismiss. Doc. 105. Further, the Court's order explained that if Discover's motion to dismiss was still pending on August 16, 2019, it may file a renewed motion to stay discovery if it sought to maintain the stay. *Id.*

5. Since Discover's motion to dismiss is still pending, Discover hereby renews its Motion for a Protective pursuant to Fed. R. Civ. P. 26(c) staying all discovery.

6. A stay is appropriate because if the Court grants Discover's motion to dismiss, all claims asserted against Discover will be dismissed. Further, Plaintiff will suffer no prejudice, as he has already filed his opposition to Discover's motion, so no discovery is needed to defend against the requested dismissal. Finally, in light of the foregoing rationales for the stay, requiring Discover engage in discovery will be wasteful and burdensome.

For these reasons and those set forth in Discover's supporting memorandum, Discover respectfully requests the Court enter a protective order staying all discovery proceedings, including, but not limited to, any meet and confer under Rule 26(f), affirmative disclosures, or discovery requests, until the Court has ruled on the motion to dismiss.

Respectfully submitted,

 */s/ Kirsten A. Byrd*
Kirsten A. Byrd    KS # 19602
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8300
Facsimile (816) 983-8080
kirsten.byrd@huschblackwell.com
***Attorneys for Defendant Discover Bank***

## Certificate of Service

      I certify that August 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the court's e-filing system, causing electronic service on all counsel of record. Plaintiff Anthony J. Hampton was served the foregoing by United States mail at:

Anthony J. Hampton
6104 SW 26th Street, Apt. A
Topeka, KS 66614

                                                  */s/ Kirsten A. Byrd*
                                                  ATTORNEY

DocID: 4837-6905-5904.1