## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ANTHONY J. HAMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-4071-DDC-ADM |
| | ) | |
| BARCLAYS BANK DELAWARE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT LOANDEPOT.COM, LLC'S RENEWED MOTION FOR PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT

Defendant loanDepot.com, LLC ("LD LLC") respectfully requests an extension of the stay of discovery, pursuant to Fed. R. Civ. P. 26(c), until the Court rules on the pending motions to dismiss. LD LLC filed a motion to dismiss on October 1, 2018. Doc. 58-59. Plaintiff served written discovery on LD LLC, as well as other defendants, via mail on April 30, 2019, even though the parties had not yet conducted a Rule 26(f) conference. The Court then entered the following order: "discovery is stayed as to each defendant that has moved to dismiss until the earlier of (1) August 16, 2019, or (2) when the district judge rules on that particular defendant's motion to dismiss." Doc. 105 at 1-2. The District Judge has not yet ruled on LD LLC's motion to dismiss.

LD LLC asks that the Court continue the stay of discovery for two reasons. First, the Court's ruling on LD LLC's motion to dismiss may drastically impact the scope of relevant discovery. Obviously, if LD LLC's motion is granted, then it will not need to respond to the pending written discovery as it will no longer be a party. But, even if the Court only grants the motion to dismiss in part, the narrowing of claims will still greatly impact the scope of discovery. Plaintiff has filed two claims against LD LLC: (1) Plaintiff claims LD LLC violated the Fair Credit Reporting Act ("FCRA") by failing to report to credit bureaus that a debt was disputed

after Plaintiff allegedly challenged the debt, 15 U.S.C. § 1681s-2(a)(3), and (2) Plaintiff also claims LD LLC violated the Telephone Consumer Protection Act ("TCPA") by calling his cell phone ten times using an automatic telephone dialing system, 47 U.S.C. § 227(b).[1]  These claims involve different topics and implicate distinct issues for discovery.  Thus, all parties will benefit from learning whether the scope of relevance will be narrowed by the Court's rulings on the motions to dismiss before responding to discovery.

Second, the Court has not conducted a Rule 26 scheduling conference related to any of the defendants that filed a motion to dismiss.  Many of the defendants attended the scheduling conference in this matter, including LD LLC, but the Court did not set any discovery deadlines related to those parties.  As such, Plaintiff's discovery is still premature for this additional reason.  See Sobel v. Colmery-O'Neil VA Med. Ctr., No. 08-4001-SAC, 2008 WL 833501, at *1 (D. Kan. Mar. 27, 2008) ("The parties have not held their conference as required by Rule 26(f) and, as such, plaintiff's Motion for Discovery is premature and shall be denied without prejudice. Once the court has set the parties' Rule 26(f) planning conference, and they have conferred, the parties may commence discovery after that date.").

WHEREFORE LD LLC respectfully requests that this Court continue the stay of discovery as to all defendants that have pending motions to dismiss, and grant such other relief that the Court deems just and proper.

DATED this 21st day of August, 2019.

---

[1] LD LLC disputes both of these claims.

2

Respectfully submitted,

SPENCER FANE LLP

By: /s/ Kersten L. Holzhueter

    Joshua C. Dickinson    KS Bar No. 20632
    Kersten L. Holzhueter    KS Bar No. 24885
    1000 Walnut, Suite 1400
    Kansas City, MO 64106
    Telephone: (816) 474-8100
    Facsimile: (816) 474-3216
    E-mail: jdickinson@spencerfane.com
            kholzhueter@spencerfane.com

ATTORNEYS FOR DEFENDANT
LOANDEPOT.COM, LLC

## CERTIFICATE OF SERVICE

I hereby certify that, on August 21, 2019, the foregoing was filed electronically with the United States District Court for the District of Kansas, with notice of case activity generated and sent to all registered parties, and was served on Pro Se Plaintiff via first class mail, postage prepaid, addressed as follows:

Anthony Hampton
2615 Mountain View Dr.
McKinney, TX 75071

/s/ Kersten L. Holzhueter
Attorney for Defendant loanDepot.com, LLC

OM 506609.1

OM 533781.1