IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BARCLAYS BANK DELAWARE; )<br>DISCOVER BANK; LOAN DEPOT, )<br>LLC; MARKETPLACE LOAN )<br>GRANTOR TRUST, SERIES 2016-LD1; )<br>EQUIFAX, INC.; EQUIFAX )<br>INFORMATION SERVICES, LLC; )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC.; TRANSUNION, )<br>LLC; and Does 1-10, )<br>)<br>Defendants. ) | Case No. 5:18-CV-4071-DDC-KGS<br><br>**MARKETPLACE LOAN GRANTOR TRUST, SERIES 2016-LD1'S JOINDER IN LOANDEPOT.COM, LLC'S RENEWED MOTION FOR PROTECTIVE ORDER** |

Defendant Marketplace Loan Grantor Trust, Series 2016-LD1 ("Marketplace"), by and through its undersigned counsel, joins in loanDepot.com, LLC's ("LD LLC") Renewed Motion for Protective Order and Memorandum in Support. [Docket No. 126].

As grounds for this joinder, Marketplace states that LD LLC's background facts and requests as outlined in its motion apply equally to Marketplace. Therefore, Marketplace joins in LD LLC's request that the Court continue the stay of discovery as to all defendants that have pending motions to dismiss and grant such other relief as the Court deems just.

Dated this 21st day of August 2019.

>Respectfully submitted,
>
>FOULSTON SIEFKIN LLP
>1551 N. Waterfront Parkway, Suite 100
>Wichita, KS 67206-4466
>316-267-6371
>mnorton@foulston.com
>
>*/s/ Michael J. Norton*
>Michael J. Norton, KS #18732
>*Attorneys for Defendant Marketplace Loan*
>*Grantor Trust, Series 2016-LD1*

### CERTIFICATE OF SERVICE

I hereby certify that on August 21st, 2019, I electronically filed the foregoing **DEFENDANT MARKETPLACE LOAN GRANTOR TRUST, SERIES 2016-L1'S JOINDER IN LOANDEPOT.COM, LLC'S RENEWED MOTION FOR PROTECTIVE ORDER** with the Clerk of Court by using CM/ECF system which will send electronic notification to all counsel of record, and was served on Pro Se Plaintiff via first class mail, postage prepaid, to the following:

Anthony Hampton
6104 SW 26th St. Apt A
Topeka, KS 66614

Anthony Hampton
2615 Mountain View Dr.
Mckinney, TX 75071

>*/s/ Michael J. Norton*
>Michael J. Norton, KS #18732
>*Attorney for Defendant Marketplace Loan*
>*Grantor Trust, Series 2016-LD1*