**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**TOPEKA DIVISION**

| | | |
|---|---|---|
| ANTHONY J. HAMPTION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:18-cv-04071-DDC-KGS |
| | ) | |
| BARCLAYS BANK DELAWARE, | ) | |
| DISCOVER BANK, LOAN DEPOT, LLC, | ) | |
| MARKETPLACE LOAN GRANTOR | ) | |
| TRUST, SERIES 2016-LD1, EQUIFAX, | ) | |
| INC., EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC., | ) | |
| TRANSUNION, LLC, and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EXPERIAN'S INFORMATION SOLUTIONS, INC.'S JOINDER IN**
**DISCOVER BANK'S RENEWED MOTION FOR PROTECTIVE ORDER**

Defendant Experian Information Solutions, Inc. ("Experian") hereby joins in Discover Bank's ("Discover") Renewed Motion For Protective Order (Doc. 123-124). As grounds for this Joinder, Experian states that Discover's background facts and requests are substantially equal to Experian's.

1.     On February 11, 2019, Experian filed its Motion to Dismiss and Joinder in Defendant Equifax Information Services LLC's ("EIS") Motion to Dismiss. Doc. 87. That Motion was based on the undisputed assertions that EIS and Experian are identically situated in this action and that Plaintiff's Complaint made no attempt to materially distinguish factual allegations between Experian and EIS. *See* Doc. 87 at 2. Indeed, Plaintiff did not disagree with this position and actually continued to group Experian and EIS together in its Opposition To

Defendant Experian Information Solutions, Inc.'s Joinder In Defendant Equifax Information Services LLC's Motion To Dismiss.  *See generally* Doc. 88.

2.     On or about May 10, 2019, Plaintiff served written discovery on Experian. Similarly, Plaintiff served written discovery on the additional defendants around the same time. Experian (Doc. 87) and most of the additional codefendants—including Discover Bank (Doc. 75-76) and EIS (Doc. 83)—have filed at least one motion to dismiss.

3.     The Court has not issued an initial scheduling order for the Defendants that filed motions to dismiss.  And, upon information and belief, not all of the Parties have conducted a Rule 26(f) conference—including Experian, Discover, and EIS.

4.     On May 31, 2019, Discover filed a motion for protective order (Doc. 98-99) seeking to stay "all discovery proceedings . . . until the Court has ruled on the motion to dismiss, the Court has set an initial scheduling conference, and the parties have conducted a Rule 26(f) conference."  Doc. 99 at 3.  Experian (Doc. 103) along with Codefendants LoanDepot.com, LLC (Doc. 100), Marketplace Loan Grantor Trust, Series 2016 LD1 (Doc. 101), Equifax Information Services LLC (Doc. 102), and Equifax Inc. (Doc. 102) filed joinders in Discover's Motion For Protective Order.

5.     On June 19, 2019, the Court issued an Order staying discovery as to Defendants Discover, Loandepot.com, Marketplace Loan Grantor Trust, Equifax Information Services, LLC, Equifax, Inc., and Experian.  Doc. 105.  The Court explained that Plaintiff's discovery requests violated Fed. R. Civ. P. 26(d)(1).  Additionally, according to the Court, "judicial economy favors staying discovery as to the defendants that have moved to dismiss."  Doc. 105 at 3.  Discovery would not affect the resolution of the motions to dismiss, which largely involve questions of law, not questions of fact.  *See* Doc. 105 at 3; *see also* Doc. 124 at 4.

6.      While Experian's Motion to Dismiss for Failure to State a Claim and Joinder in Equifax's Motion to Dismiss was denied, the denial did not reach the merits of the motion. Doc. 117 at 4.  As the Court explained, Experian may file its motion as a motion for judgment on the pleadings under Rule 12(c) after all defendants either have filed answers or are dismissed from the action.  Doc. 117 at 4.

7.      Importantly, the Court has not ruled on EIS's Motion to Dismiss and Plaintiff has not and cannot materially distinguish EIS and Experian in this matter.  Indeed, no attempts to make such a distinction have ever been made.  Therefore, the forthcoming Order on EIS's Motion to Dismiss will likely dictate whether Experian's forthcoming Motion for Judgment on the Pleadings is granted.  Stated differently, the same "judicial economy" that originally favored staying discovery and continues to favor staying discovery for many of the defendants, continues to have the same impact on Experian's position today.  *See* Doc. 105 at 3-4; *see also* Doc. 124 at 3.

8.      Requiring Experian to exert time and resources to respond to discovery requests would be wasteful and burdensome.  Consequently, Plaintiff's written discovery is premature and the stay on Plaintiff's discovery requests as to Experian should continue.

9.      Experian hereby joins in Discover's request that the Court, pursuant to Fed. R. Civ. P. 26(c), issue a protective order staying all discovery proceedings.

Dated: August 21, 2019                              Respectfully submitted,

                                                    /s/ *Danne W. Webb*
                                                    Danne W. Webb     KS #22312
                                                    Andrea S. McMurtry     KS #24746
                                                    2600 Grand Blvd., Suite 1100
                                                    Kansas City, MO 64108
                                                    Telephone:  816-421-0700

Facsimile:   816-421-0899
dwebb@hab-law.com
amcmurtry@hab-law.com

and

Jeffrey R. Zohn, Admitted *Pro Hac Vice*
Jones Day
77 West Wacker, Floor 35
Chicago, IL 60601
Telephone:  312.269.4361
Facsimile:   312.782.8585
jzohn@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2019, the foregoing was served by operation of the Court's CM/ECF system and will be sent by electronic mail by the Court's electronic filing system on the following:

Anthony J. Hampton
6104 SW 26th Street, Apt. A
Topeka, KS 66614
*Pro Se Plaintiff*

Benjamin Scott Tschudy
Martin Pringle Oliver Wallace & Bauer, LLP - Overland Park
9401 Indian Creek Parkway, Building 40, Suite 1150
Overland Park, KS 66210
913-491-5500
Fax: 913-491-3341
Email: bstschudy@martinpringle.com
*Attorney for Barclays Bank Delaware*

Kate Bohon McKinney
Martin Pringle Oliver Wallace & Bauer, LLP - Overland Park
9401 Indian Creek Parkway, Building 40, Suite 1150
Overland Park, KS 66210
913-491-5500
Fax: 913-491-3341
Email: kbmckinney@martinpringle.com
*Attorney for Barclays Bank Delaware*

Kirsten A. Byrd
Husch Blackwell LLP - 4801 Main
4801 Main Street, Suite 1000
Kansas City, MO 64112
816-983-8000 ext 8384
Fax: 816-983-8080
Email: kirsten.byrd@huschblackwell.com
*Attorney for Discover Bank*

Joshua C. Dickinson
Spencer Fane LLP – Omaha
13520 California Street, Suite 290
Omaha, NE 68154
402-965-8600
Fax: 402-965-8601
Email: jdickinson@spencerfane.com
*Attorney for Loandepot.com, LLC*

Kersten L. Holzhueter
Spencer Fane LLP – KC
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-292-8302
Fax: 816-474-3216
Email: kholzhueter@spencerfane.com
*Attorney for Loandepot.com, LLC*

Michael C. Barnhill
Michael Best & Friedrich, LLP – Cottonwood
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
801-833-0500
Fax: 801-931-2500
Email: mcbarnhill@michaelbest.com
*Attorney for Marketplace Loan Grantor Trust*

Michael J. Norton
Foulston Siefkin LLP - Wichita
1551 N Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
316-291-9743
Fax: 866-346-2031
Email: mnorton@foulston.com
*Attorney for Marketplace Loan Grantor Trust*

Guillermo Gabriel Zorogastua
Polsinelli PC - 48th Street
900 W. 48th Place, Suite 900
Kansas City, MO 64112-1895
816-374-0537
Fax: 816-817-0294
Email: gzorogastua@polsinelli.com
*Attorney for Equifax, Inc. and Equifax Information Services, LLC*

Phillip J.R. Zeeck
Polsinelli PC - 48th Street
900 W. 48th Place, Suite 900
Kansas City, MO 64112-1895
816-572-4592
Email: pzeeck@polsinelli.com
*Attorney for Equifax, Inc. and Equifax Information Services, LLC*

Bryan E. Mouber

Baker, Sterchi, Cowden & Rice, LLC - OP
51 Corporate Woods
9393 W. 110th Street, Suite 500
Overland Park, KS 66210
913-451-6752
Fax: 816-472-0288
Email: mouber@bscr-law.com
*Attorney for TransUnion, LLC*

Megan R. Stumph-Turner
Baker, Sterchi, Cowden & Rice, LLC - OP
51 Corporate Woods
9393 W. 110th Street, Suite 500
Overland Park, KS 66210
913-451-6752
Fax: 816-472-0288
Email: mstumph@bscr-law.com
*Attorney for TransUnion, LLC*

James S. Kreamer
Baker, Sterchi, Cowden & Rice, LLC - KC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
816-471-2121
Fax: 816-472-0288
Email: kreamer@bscr-law.com
*Attorney for TransUnion, LLC*

/s/ *Danne W. Webb*
*Attorney for Defendant*
*Experian Information Solutions, Inc.*