IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE; DISCOVER BANK; LOAN DEPOT, LLC; MARKETPLACE LOAN GRANTOR TRUST, SERIES 2016-LD1; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; AND DOES 1-10,<br><br>Defendants. | Case No. **18-4071-DDC** |

**TO:**   Anthony J. Hampton
2615 Mountain View Drive
McKinney, TX   75071
anthsehsafsamseth@protonmail.com

## AMENDED NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that, in accordance with Fed. R. Civ. P. 30, Defendant Barclays Bank Delaware, by its attorneys, will take the deposition of **ANTHONY J. HAMPTON**. The deposition will take place at the offices of **Reed Smith LLP, 2501 N. Harwood St., Suite 1700, Dallas, Texas 75201**, on **Thursday, September 19, 2019,** beginning at **1:30 p.m. CST**.

The deposition shall continue until completed and will be properly recorded before a notary public or other person authorized to administer oaths, by stenographic means. The deposition will be taken in person.

Dated: September 3, 2019

Respectfully submitted,

*/s/ B. Scott Tschudy*
B. Scott Tschudy, Kansas Bar 12129
Kate B. McKinney, Kansas Bar 19691
MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, LLP
9401 Indian Creek Parkway
Building 40, Suite 1150
Overland Park, KS 66210
T: (913) 491-5500
F: (913) 491-3341
E: btstschudy@martinpringle.com
E: kbmckinney@martinpringle.com

Christopher R. Murphy (admitted *pro hac vice*)
REED SMITH LLP
10 S. Wacker Dr.
Suite 4000
Chicago, IL 60606
T: (312) 207-6548
F: (312) 207-6400
E: CRMurphy@reedsmith.com

*Counsel for Defendant Barclays Bank Delaware*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 3, 2019, a true and accurate copy of the foregoing was filed electronically with the Court and was also emailed to Anthony J. Hampton at anthsehsafsamseth@protonmail.com. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties. Parties may access this filing through the Court's CM/ECF system.

/s/ *B. Scott Tschudy*