**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ANTHONY J. HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-4071-DDC-ADM |
| ) | |
| BARCLAYS BANK DELAWARE, et al., ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENT TO DEFENDANT LOANDEPOT.COM, LLC'S RENEWED MOTION FOR PROTECTIVE ORDER**

Defendant loanDepot.com, LLC ("LD LLC") previously requested an extension of the stay of discovery, pursuant to Fed. R. Civ. P. 26(c), until the Court ruled on the pending motions to dismiss. Doc. 126. Plaintiff's deadline to respond to this request was August 28, 2019. Doc. 125. Plaintiff did not file a response.

On September 9, 2019, the Court entered an order on LD LLC's Motion to Dismiss, and held that Plaintiff's Amended Complaint failed to state a plausible claim against LD LLC and failed to illustrate that he had standing to assert his FCRA claim against LD LLC. Doc. 137. Plaintiff has until September 30, 2019, to file a Second Amended Complaint that attempts to address these deficiencies. Doc. 137. LD LLC will then be permitted to file a new motion to dismiss, as the Court denied its original motion "without prejudice to loanDepot.com LLC renewing its dismissal arguments directed at plaintiff's Second Amended Complaint." Doc. 137.

The Court's September 9, 2019 Order further supports a continuation of the stay of discovery as to LD LLC. First, a stay of discovery is warranted until the Court and parties learn whether Plaintiff will change or eliminate any claims against LD LLC. Plaintiff does not currently have an operative pleading to determine the proper scope of discovery. Moreover, if Plaintiff chooses to file amended claims against LD LLC, the Court's ruling on a new motion to

dismiss by LD LLC may still impact the scope of relevant discovery. The Court already acknowledged that LD LLC's arguments have merit. If a future motion to dismiss by LD LLC motion is granted, then it will not need to respond to the pending written discovery as it will no longer be a party. But, even if the Court only grants the motion to dismiss in part, the narrowing of claims will still greatly impact the scope of discovery. All parties will benefit from learning whether the scope of relevance will be narrowed by Plaintiff's new pleading or the Court's rulings on any motions to dismiss before responding to discovery.

WHEREFORE LD LLC respectfully requests that this Court continue the stay of discovery as to LD LLC until the earlier of LD LLC filing an answer to the Second Amended Complaint or the Court denying LD LLC's motion to dismiss the Second Amended Complaint, and grant such other relief that the Court deems just and proper.

DATED this 10th day of September, 2019.

>Respectfully submitted,
>
>SPENCER FANE LLP
>
>By: /s/ Kersten L. Holzhueter
>Joshua C. Dickinson   KS Bar No. 20632
>Kersten L. Holzhueter   KS Bar No. 24885
>1000 Walnut, Suite 1400
>Kansas City, MO 64106
>Telephone: (816) 474-8100
>Facsimile: (816) 474-3216
>E-mail: jdickinson@spencerfane.com
>   kholzhueter@spencerfane.com
>
>ATTORNEYS FOR DEFENDANT
>LOANDEPOT.COM, LLC

## **CERTIFICATE OF SERVICE**

   I hereby certify that, on September 10, 2019, the foregoing was filed electronically with the United States District Court for the District of Kansas, with notice of case activity generated and sent to all registered parties, and was served on Pro Se Plaintiff via first class mail, postage prepaid, and e-mail addressed as follows:

Anthony Hampton
2615 Mountain View Dr.
McKinney, TX 75071
anthsehsafsamseth@protonmail.com

                /s/ Kersten L. Holzhueter
                Attorney for Defendant loanDepot.com, LLC