## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-4071-DDC-ADM |
| | ) |
| BARCLAYS BANK DELAWARE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter comes before the court on Defendant Discover Bank's Renewed Motion for a Protective Order (ECF No. 123), Defendant loanDepot.com, LLC's Renewed Motion for a Protective Order (ECF No. 126), Defendant Marketplace Loan Grantor Trust's Renewed Motion for a Protective Order (ECF No. 127), Defendant Experian Information Solutions, Inc.'s Joinder in Discover Bank's Renewed Motion for a Protective Order (ECF No. 129), and Defendant loanDepot.com's Supplement to the Renewed Motion for a Protective Order (ECF No. 138).

The court previously ordered discovery stayed as to all defendants except Barclays Bank Delaware until the earlier of (1) August 16, 2019, or (2) when the district judge ruled on that particular defendant's motion to dismiss. The above defendants filed renewed motions to continue the stay. While those motions were pending, the district judge issued an order denying the motions to dismiss filed by Equifax Information Services, LLC, and Equifax, Inc. (collectively, "Equifax") and denying without prejudice the motions to dismiss filed by Discover Bank, loanDepot.com, Marketplace Loan Grantor Trust, and TransUnion. (ECF No. 137.) The district judge directed plaintiff to file a Second Amended Complaint by September 30, 2019, that addresses the

deficiencies defendants raised in their motions to dismiss.[1] The day after the district judge issued his ruling, loanDepot.com filed a supplement to its renewed motion for a protective order, requesting that the court continue to stay discovery as to loanDepot.com until loanDepot.com files an answer to plaintiff's forthcoming Second Amended Complaint or until the district judge rules on loanDepot.com's renewed motion to dismiss, if any.

The court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). Nevertheless, the right to proceed in court should not be disturbed absent compelling circumstances. *Commodity Futures Trading Comm'n v. Chilcott Portfolio Mgmt., Inc.*, 713 F.2d 1477, 1484 (10th Cir. 1983). At this point, the basis for any stay is speculative because plaintiff has not filed a Second Amended Compliant and defendants have not filed motions to dismiss as to the Second Amended Complaint. The court will therefore enter an order setting a scheduling conference for late October and deny the pending requests to continue the stay without prejudice to refiling. Specifically, any defendant may file a renewed motion to stay if and when (1) plaintiff files a Second Amended Complaint against said defendant, and (2) said defendant files a renewed motion to dismiss.

The court had previously ordered that defendants need not respond to plaintiff's discovery requests issued prior to when those defendants participated in a Fed. R. Civ. P. 26(f) planning conference. (ECF No. 105, at 4-5.) The court stated that it would take up this issue again with respect to each of the named defendants at the time they appear for a scheduling conference. That order remains in effect.

---

[1] The district judge previously denied without prejudice Experian Information Solution's motion to dismiss. (ECF No. 117.)

**IT IS THEREFORE ORDERED** that Defendant Discover Bank's Renewed Motion for a Protective Order (ECF No. 123), Defendant loanDepot.com, LLC's Renewed Motion for a Protective Order (ECF No. 126), Defendant Marketplace Loan Grantor Trust's Renewed Motion for a Protective Order (ECF No. 127), Defendant Experian Information Solutions, Inc.'s Joinder in Discover Bank's Renewed Motion for a Protective Order (ECF No. 129), and Defendant loanDepot.com's Supplement to the Renewed Motion for a Protective Order (ECF No. 138) are denied without prejudice to the extent that those motions seek to continue the stay. The motions are granted insofar as defendants need not respond to plaintiff's discovery requests until further order of the court.

**IT IS SO ORDERED.**

Dated September 17, 2019, at Topeka, Kansas.

s/ Angel D. Mitchell<br>Angel D. Mitchell<br>U.S. Magistrate Judge