IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-4071-DDC |
| ) | |
| BARCLAYS BANK ) | |
| OF DELAWARE, *et al.,* ) | |
| ) | |
| Defendants. ) | |

### INITIAL ORDER REGARDING PLANNING AND SCHEDULING

Fed. R. Civ. P. 1 mandates the "just, speedy, and inexpensive" determination of civil cases. With that goal in mind, the undersigned U.S. Magistrate Judge, Angel D. Mitchell, will conduct a scheduling conference in in accordance with Fed. R. Civ. P. 16 on **October 30, 2019, at 10:00 a.m.** Plaintiff Anthony J. Hampton and all defendants except for Barclays Bank of Delaware are required to participate. Barclays Bank of Delaware may participate, but it is not required to do so. The conference will be held by phone. (Phone number: 888-363-4749; access code 3977627.)

The court will *not* require the parties to hold a conference pursuant to Fed. R. Civ. P. 26(f) at this time or to submit a Report of Parties Planning Conference. However, plaintiff and/or defendants collectively may submit their own proposed scheduling order(s) using the form available at:

*http://ksd.uscourts.gov/index.php/judge/angel-d-mitchell/*

All proposed scheduling orders must be submitted to the magistrate judge via email at *ksd_mitchell_chambers@ksd.uscourts.gov* by **October 23, 2019.**

The court will discuss the following topics during the scheduling conference: the nature and basis of the parties' claims and defenses; the possibilities of settling or resolving the case, including the use of mediation or other methods of alternative dispute resolution; making or at least arranging for the disclosures required by Fed. R. Civ. P. 26(a)(1); any issues about preserving discoverable information; development of a proposed discovery plan; and scheduling specific deadlines.

If parties have questions concerning the requirements of this order, they may contact the undersigned judge's courtroom deputy, Heather Tildes, at (785) 338-5480, or by e-mail at [ksd_mitchell_chambers@ksd.uscourts.gov](mailto:ksd_mitchell_chambers@ksd.uscourts.gov).

**IT IS SO ORDERED.**

Dated September 17, 2019, at Topeka Kansas.

> s/ Angel D. Mitchell
> Angel D. Mitchell
> U.S. Magistrate Judge