**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION**

| | | |
|---|---|---|
| ANTHONY J. HAMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 5:18-CV-04071-DDC-KGS |
| BARCLAYS BANK DELAWARE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DISCOVER BANK'S MOTION FOR
EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE
<u>RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT</u>**

Defendant Discover Bank ("Discover") respectfully moves this Court for an extension of time to file an answer or otherwise plead in response to Plaintiff's Second Amended Complaint. In support of this request, Discover states as follows:

1.      On September 27, 2019, Plaintiff served Discover with his Second Amended Complaint, which, pursuant to Fed. R. Civ. P. 15(a)(3), makes Discover's responsive pleading due by October 11, 2019.

2.      Discover respectfully requests a fourteen (14) day extension of time to answer or otherwise respond to Plaintiff's Second Amended Complaint, up to and including October 25, 2019.

3.      No prior extensions have been sought by Discover to answer or otherwise respond to Plaintiff's Second Amended Complaint.[1]

4.      Defendant has good cause for the requested extension in that Discover needs

---

[1] Discover did seek and was granted an extension to respond to Plaintiff's initial Complaint (Doc. 14), but has not sought an extension related to his Second Amended Complaint.

additional time to investigate the new allegations that were plead for the first time in the Second Amended Complaint in order to answer or otherwise respond.

5.      Defendant Discover has consulted Plaintiff regarding this extension, and he does not object to the extension.

6.      This request is not made for the purposes of delay or any other improper purpose, and will not prejudice Plaintiff or any other party in this case.

WHEREFORE, Defendant Discover respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Second Amended Complaint, up to and including October 25, 2019, and for all other relief deemed just and appropriate.

Respectfully submitted,

*/s/ Kirsten A. Byrd*
Kirsten A. Byrd    KS # 19602
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8300
Facsimile (816) 983-8080
Kirsten.Byrd@huschblackwell.com
***Attorneys for Defendant Discover Financial Services***

**<u>Certificate of Service</u>**

I certify that on October 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the court's e-filing system, causing electronic service on all counsel of record. Plaintiff Anthony J. Hampton was served the foregoing by United States mail at:

Anthony J. Hampton
2615 Mountain View Drive
McKinney, TX 75071

_/s/ Kirsten A. Byrd_
**_Attorney for Defendant Discover Bank_**