IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON,<br><br>        Plaintiff,<br>v.<br><br>BARCLAYS BANK DELAWARE;<br>DISCOVER BANK; LOAN DEPOT,<br>LLC; MARKETPLACE LOAN<br>GRANTOR TRUST, SERIES 2016-LD1;<br>EQUIFAX, INC.; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; TRANSUNION,<br>LLC; and Does 1-10,<br><br>        Defendants. | Case No. 5:18-CV-4071-DDC-KGS<br><br>**MARKETPLACE LOAN GRANTOR TRUST'S ANSWER TO PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT** |

Defendant Marketplace Loan Grantor Trust, Series 2016-LDS ("Marketplace"), by and through its undersigned counsel of record, hereby answers Plaintiff's Second Amended Verified Complaint (the "Complaint") as follows. By way of answering the specific allegations contained in the Complaint, Marketplace admits, denies, and avers as follows:

## I. PRELIMINARY STATEMENT

1.    Marketplace lacks sufficient information to form knowledge or a belief regarding the allegations contained in paragraph 1 of the Complaint. Marketplace therefore denies the same.

2.    Marketplace denies the allegations contained in paragraph 2 of the Complaint.

3.    Marketplace lacks sufficient information to form knowledge or a belief regarding the allegations contained in paragraph 3 of the Complaint. Marketplace therefore denies the same.

4.    Marketplace denies the allegations contained in paragraph 4 of the Complaint.

## II. JURISDICTION AND VENUE

5. Paragraph 5 contains legal conclusions to which no response is necessary. To the extent a response is deemed required, Marketplace denies the allegations contained in paragraph 5 of the Complaint.

6. Paragraph 6 contains legal conclusions to which no response is necessary. To the extent a response is deemed required, Marketplace denies the allegations contained in paragraph 6 of the Complaint.

7. Paragraph 7 contains legal conclusions to which no response is necessary. To the extent a response is deemed required, Marketplace denies the allegations contained in paragraph 7 of the Complaint.

## III. PARTIES

8. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 8 of the Complaint. Marketplace therefore denies the same.

9. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 9 of the Complaint. Marketplace therefore denies the same.

10. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 10 of the Complaint. Marketplace therefore denies the same.

11. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 11 of the Complaint. Marketplace therefore denies the same.

12. Marketplace denies the allegations contained in paragraph 12 of the Complaint.

13. Marketplace admits that it is a Delaware Statutory Trust filed on January 5, 2016 and that its registered agent is Wilmington Trust, National Association. The remaining portions of paragraph 13 of the Complaint contain legal conclusions to which no response is necessary. To the extent a response is deemed required, Marketplace denies the remaining allegations contained in paragraph 13 of the Complaint.

14. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 14 of the Complaint. Marketplace therefore denies the same.

15. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 15 of the Complaint. Marketplace therefore denies the same.

16. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 16 of the Complaint. Marketplace therefore denies the same.

17. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 17 of the Complaint. Marketplace therefore denies the same.

18. The allegations contained in paragraph 18 of the Complaint are not directed at Marketplace and Marketplace therefore denies the same.

## IV. FACTUAL ALLEGATIONS

19. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 19 of the Complaint. Marketplace therefore denies the

same.

20. Marketplace denies the allegations contained in paragraph 20 of the Complaint.

21. Marketplace denies the allegations contained in paragraph 21 of the Complaint.

22. Marketplace denies the allegations contained in paragraph 22 of the Complaint.

23. Marketplace denies the allegations contained in paragraph 23 of the Complaint.

24. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 24 of the Complaint. Marketplace therefore denies the same.

25. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 25 of the Complaint. Marketplace therefore denies the same.

26. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 26 of the Complaint. Marketplace therefore denies the same.

27. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 27 of the Complaint. Marketplace therefore denies the same.

28. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 28 of the Complaint. Marketplace therefore denies the same.

29. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 29 of the Complaint. Marketplace therefore denies the

same.

30. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 30 of the Complaint. Marketplace therefore denies the same.

31. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 31 of the Complaint. Marketplace therefore denies the same.

32. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 32 of the Complaint. Marketplace therefore denies the same.

33. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 33 of the Complaint. Marketplace therefore denies the same.

34. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 34 of the Complaint. Marketplace therefore denies the same.

### V. CAUSE OF ACTION
### CAUSE I
### VIOLATIONS OF THE TELEPHONE
### COMMUNICATIONS ACT 47 U.S.C. § 227
### AS TO DEFENDANT LD

35. Marketplace incorporates by reference each of its responses to the preceding allegations of the Complaint as if fully set forth herein.

36. Marketplace lacks sufficient information to form a knowledge or belief regarding

the allegations contained in paragraph 36 of the Complaint.  Marketplace therefore denies the same.

37. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 37 of the Complaint.  Marketplace therefore denies the same.

38. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 38 of the Complaint.  Marketplace therefore denies the same.

39. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 39 of the Complaint.  Marketplace therefore denies the same.

40. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 40 of the Complaint.  Marketplace therefore denies the same.

41. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 41 of the Complaint.  Marketplace therefore denies the same.

## CAUSE II
## VIOLATIONS OF THE TELEPHONE COMMUNICATIONS ACT 47 U.S.C. § 227
## AS TO DEFENDANT MPLGT

42. Marketplace incorporates by reference each of its responses to the preceding allegations of the Complaint as if fully set forth herein.

43. Paragraph 43 contains legal conclusions to which no response is necessary. To the extent a response is deemed required, Marketplace denies the allegations contained in paragraph 43 of the Complaint.

44. Marketplace denies the allegations contained in paragraph 44 of the Complaint.

45. Marketplace denies the allegations contained in paragraph 45 of the Complaint.

46. Marketplace denies the allegations contained in paragraph 46 of the Complaint.

47. Marketplace denies the allegations contained in paragraph 47 of the Complaint.

48. Marketplace denies the allegations contained in paragraph 48 of the Complaint.

**CAUSE III**
**VIOLATIONS OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681**
**AS TO DEFENDANT BARCLAYS, DISCOVER and LD**

49. Marketplace incorporates by reference each of its responses to the preceding allegations of the Complaint as if fully set forth herein.

50. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 50 of the Complaint. Marketplace therefore denies the same.

51. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 51 of the Complaint. Marketplace therefore denies the same.

52. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 52 of the Complaint. Marketplace therefore denies the same.

53. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 53 of the Complaint. Marketplace therefore denies the

same.

54. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 54 of the Complaint. Marketplace therefore denies the same.

55. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 55 of the Complaint. Marketplace therefore denies the same.

56. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 56 of the Complaint. Marketplace therefore denies the same.

57. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 57 of the Complaint. Marketplace therefore denies the same.

58. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 58 of the Complaint. Marketplace therefore denies the same.

59. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 59 of the Complaint. Marketplace therefore denies the same.

**CAUSE IV**
**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. § 1681e(b)**
**AS TO DEFENDANTS EQUIFAX, EXPERIAN, AND TRANS**

60. Marketplace incorporates by reference each of its responses to the preceding

allegations of the Complaint as if fully set forth herein.

61. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 61 of the Complaint. Marketplace therefore denies the same.

62. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 62 of the Complaint. Marketplace therefore denies the same.

63. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 63 of the Complaint. Marketplace therefore denies the same.

64. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 64 of the Complaint. Marketplace therefore denies the same.

65. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 65 of the Complaint. Marketplace therefore denies the same.

66. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 66 of the Complaint. Marketplace therefore denies the same.

67. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 67 of the Complaint. Marketplace therefore denies the same.

68. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 68 of the Complaint. Marketplace therefore denies the same.

69. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 69 of the Complaint. Marketplace therefore denies the same.

## CAUSE V
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA) 15 U.S.C. § 1681i(a) AS TO DEFENDANTS EQUIFAX, EXPERIAN and TRANS

70. Marketplace incorporates by reference each of its responses to the preceding allegations of the Complaint as if fully set forth herein.

71. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 71 of the Complaint. Marketplace therefore denies the same.

72. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 72 of the Complaint. Marketplace therefore denies the same.

73. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 73 of the Complaint. Marketplace therefore denies the same.

74. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 74 of the Complaint. Marketplace therefore denies the same.

75. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 75 of the Complaint. Marketplace therefore denies the same.

76. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 76 of the Complaint. Marketplace therefore denies the same.

77. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 77 of the Complaint. Marketplace therefore denies the same.

78. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 78 of the Complaint. Marketplace therefore denies the same.

79. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 79 of the Complaint. Marketplace therefore denies the same.

80. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 80 of the Complaint. Marketplace therefore denies the same.

81. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 81 of the Complaint. Marketplace therefore denies the same.

82. Marketplace lacks sufficient information to form a knowledge or belief regarding

the allegations contained in paragraph 82 of the Complaint.  Marketplace therefore denies the same.

83. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 83 of the Complaint.  Marketplace therefore denies the same.

## CAUSE VI
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA),
## 15 U.S.C. § 1681i(c)
## AS TO DEFENDANTS EXPERIAN AND TRANS

84. Marketplace incorporates by reference each of its responses to the preceding allegations of the Complaint as if fully set forth herein.

85. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 85 of the Complaint.  Marketplace therefore denies the same.

86. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 86 of the Complaint.  Marketplace therefore denies the same.

87. Marketplace lacks sufficient information to form a knowledge or belief regarding the allegations contained in paragraph 87 of the Complaint.  Marketplace therefore denies the same.

## CAUSE VII
## VIOLATION OF FAIR CREDIT REPORTING ACT (FDCPA)
## 15 U.S.C. § 1692c
## AS TO DEFENDANTS LD & MPLGT

88. Marketplace incorporates by reference each of its responses to the preceding

allegations of the Complaint as if fully set forth herein.

89. Marketplace denies the allegations contained in paragraph 89 of the Complaint.

90. Marketplace denies the allegations contained in paragraph 90 of the Complaint.

## GENERAL DENIAL

Unless expressly admitted in this Answer, Marketplace denies any and all allegations contained in the Complaint.

## AFFIRMATIVE DEFENSES

Marketplace asserts the following affirmative defenses without assuming the burden of proof.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, bad faith, estoppel, release, ratification, and/or laches.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by its failure to mitigate damages.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the statute of limitations.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, pursuant to 15 U.S.C. § 1692k(c).

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by Plaintiff's consent.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because any dialing system used to place any calls to Plaintiff is not an automatic telephone dialing system as defined by 47 U.S.C. § 227(a)(1).

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Marketplace complied with the FDCPA at all times.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Marketplace complied with the TCPA at all times.

### RESERVATION OF ADDITIONAL DEFENSES

Marketplace raises the foregoing affirmative defenses without waiver of any other defenses that may come to light during discovery proceedings in this case or otherwise. Marketplace hereby reserves its right to further amend or supplement this Answer to assert any additional defenses as they become available to the fullest extent permitted by law.

WHEREFORE, having answered Plaintiff's Second Amended and Verified Complaint, Defendant Marketplace Loan Grantor Trust, Series 2016-LD1 prays for judgment in its favor, for dismissal of Plaintiff's claims on all counts with prejudice, and for such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 10th day of October 2019.

            FOULSTON SIEFKIN LLP
            1551 N. Waterfront Parkway, Suite 100
            Wichita, KS 67206-4466
            316-267-6371
            866-346-2031
            mnorton@foulston.com

            */s/ Michael J. Norton*
            Michael J. Norton, KS #18732
            *Attorneys for Defendant Marketplace Loan Grantor Trust, Series 2016-LD1*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10th, 2019, I electronically filed the foregoing **DEFENDANT MARKETPLACE LOAN GRANTOR TRUST, SERIES 2016-L1'S ANSWER TO PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT** with the Clerk of Court by using CM/ECF system which will send electronic notification to all counsel of record.

            */s/ Michael J. Norton*
            Michael J. Norton, KS #18732
            *Attorney for Defendant Marketplace Loan Grantor Trust, Series 2016-LD1*