**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| ANTHONY J. HAMPTON, | |
| Plaintiff, | |
| v. | |
| BARCLAYS BANK DELAWARE; | No. 5:18-CV-4071-DDC-ADM |
| DISCOVER BANK; LOAN DEPOT, | |
| LLC; MARKETPLACE LOAN | |
| GRANTOR TRUST, SERIES 2016- | |
| LD1; EQUIFAX, INC.; EQUIFAX | District Judge Daniel D. Crabtree |
| INFORMATION SERVICES, LLC.; | |
| EXPERIAN INFORMATION | Magistrate Judge Angel D. Mitchell |
| SOLUTIONS, INC.; TRANSUNION, | |
| LLC; and Does 1-10, | |
| Defendants. | |

**NOTICE TO PRO SE LITIGANT WHO OPPOSES A**
**MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Defendant Barclays Bank Delaware has

moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil

Procedure (attached hereto as Exhibit 1).  This means that the defendant has asked

the Court to decide this case without a trial, based on written materials, including

affidavits, submitted in support of the motion. The claims you assert in your

complaint may be dismissed without a trial if you do not respond to this motion on

time by filing sworn affidavits and/or other documents as required by Rule 56(c) of

the Federal Rules of Civil Procedure and by D. Kan. Rule 56.1 (attached hereto as

Exhibit 2). The full text of these two rules is attached to this notice.

In short, Fed. R. Civ. P. 56 provides that you may not oppose summary

judgment simply by relying upon the allegations in your complaint. Rather, you

must submit evidence, such as witness statements or documents, countering the

facts asserted by the defendant and raising specific facts that support your claim. If

you have proof of your claim, now is the time to submit it. Any witness statements

must be in the form of affidavits. An affidavit is a sworn statement of fact based on

personal knowledge stating facts that would be admissible in evidence at trial. You

may submit your own affidavit and/or the affidavits of others. You may submit

affidavits that were prepared specifically in response to defendant's motion for

summary judgment.

If you do not respond to the motion for summary judgment on time with

affidavits and/or documents contradicting the material facts asserted by the

defendant, the court may accept defendant's facts as true, in which event your case

may be dismissed and judgment entered in defendant's favor without a trial.

Dated: October 25, 2019         BARCLAYS BANK DELAWARE,

                                s/ *Kate B. McKinney*

                                B. Scott Tschudy, Kansas Bar 12129
                                Kate B. McKinney, Kansas Bar 19691
                                MARTIN, PRINGLE, OLIVER, WALLACE
                                & BAUER, LLP
                                9401 Indian Creek Parkway
                                Building 40, Suite 1150
                                Overland Park, KS 66210

T: (913) 491-5500
F: (913) 491-3341
E: btstschudy@martinpringle.com
E: kbmckinney@martinpringle.com

Christopher R. Murphy (*pro hac vice*)
REED SMITH LLP
10 S. Wacker Dr.
Suite 4000
Chicago, IL 60606
T: (312) 207-6548
F: (312) 207-6400
E: CRMurphy@reedsmith.com

*Counsel for Defendant Barclays Bank Delaware*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 25, 2019, a true and accurate copy of the foregoing was filed electronically with the Court and was also emailed to Anthony J. Hampton at anthsehsafsamseth@protonmail.com. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties.  Parties may access this filing through the Court's CM/ECF system.

/s/  *Kate B. McKinney*

*Counsel for Defendant Barclays Bank Delaware*