**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION**

| | |
|---|---|
| ANTHONY J. HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 5:18-CV-04071-DDC-ADM |
| BARCLAYS BANK DELAWARE, *et al*., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT DISCOVER BANK'S MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant Discover Bank ("Discover") respectfully moves the Court to dismiss Plaintiff's Second Amended Complaint ("SAC") (Doc. 141) against Discover pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction and Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. Plaintiff alleges one count against Discover— a violation of the Fair Credit Reporting Act ("FCRA") (15 U.S.C. § 1681 et seq.). The Court should dismiss Plaintiff's FCRA claim against Discover for the following reasons:

1. Plaintiff lacks standing to bring a FCRA claim because the allegations in his Second Amended Complaint fail to establish he suffered an injury in fact.

2. Despite the Court affording Plaintiff multiple opportunities to cure the pleading deficiencies in his FCRA claim, Plaintiff still bases the majority of his claim on 15 U.S.C. § 1681s-2(a) for which there is no private right of action; and

For these reasons and those set forth in Discover's supporting memorandum, Discover respectfully requests the Court dismiss the claim against it with prejudice and for all other relief deemed just and appropriate.

DocID: 4829-5026-1162.1

2

Respectfully submitted,

 /s/ Kirsten A. Byrd
Kirsten A. Byrd    KS # 19602
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8300
Facsimile (816) 983-8080
kirsten.byrd@huschblackwell.com

***Attorneys for Defendant Discover Bank***

2

3

**Certificate of Service**

      I certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court by using the court's e-filing system, causing electronic service on all counsel of record. Plaintiff Anthony J. Hampton was served the foregoing by United States mail at:

Anthony J. Hampton
2615 Mountain View Drive
McKinney, TX 75071

                                                        */s/ Kirsten A. Byrd*
                                                   *Attorneys for Defendant Discover Bank*

DocID: 4829-5026-1162.1