### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARCLAYS BANK DELAWARE, *et al*., )<br>)<br>Defendants. ) | Case No. 5:18-CV-04071-DDC-ADM |

### DEFENDANT DISCOVER BANK'S MOTION FOR
### PROTECTIVE ORDER STAYING ALL DISCOVERY

Defendant Discover Bank ("Discover") respectfully moves this Court pursuant to Fed. R. Civ. P. 26(c) for a protective order staying all discovery proceedings, including, but not limited to, any meet and confer under Rule 26(f), affirmative disclosures, or discovery requests, until the Court has ruled on Discover's Motion to Dismiss Plaintiff's Second Amended Complaint.

The Court has set an initial scheduling conference for the parties to attend on October 30, 2019.  Doc. 140.  Among the topics to be discussed are arranging for Rule 26(f) disclosures, issues preserving discoverable information, developing a discovery plan, and scheduling specific deadlines.  *Id.*  Discover and one other Defendant have moved to dismiss the entirety of Plaintiff's Second Amended Complaint for lack of subject-matter jurisdiction and for failing to state a claim.  No discovery has occurred in the case, and any discovery proceedings involving Discover would be wasteful and burdensome.  For these reasons and those set forth in Discover's supporting memorandum, the Court should enter a protective order and all other relief deemed appropriate.

    Respectfully submitted,

    */s/ Kirsten A. Byrd*
Kirsten A. Byrd    KS # 19602
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8300
Facsimile (816) 983-8080
kirsten.byrd@huschblackwell.com
***Attorneys for Defendant Discover Bank***

## Certificate of Service

I certify that October 25, 2019, I electronically filed the foregoing with the Clerk of the Court by using the court's e-filing system, causing electronic service on all counsel of record. Plaintiff Anthony J. Hampton was served the foregoing by United States mail at:

Anthony J. Hampton
2615 Mountain View Drive
McKinney, TX 75071

    */s/ Kirsten A. Byrd*
    *Attorneys for Defendant Discover Bank*