IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

ANTHONY J. HAMPTON,

    Plaintiff,

v.

BARCLAYS BANK DELAWARE,
DISCOVER BANK, LOAN DEPOT, LLC,
MARKETPLACE LOAN GRANTOR TRUST,
SERIES 2016 LD1, EQUIFAX INC.,
EQUIFAX INFORMATINO SERVICES, LLC,
EXPERIAN INFORAMTION SOLUTIONS,
INC., TRANSUNION, LLC, and DOES 1-10,

    Defendants.

Civil Action No. 5:18-cv-04071-DDC-KGS

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE CRABTREE:

Defendant Trans Union LLC respectfully notifies the Court that Plaintiff and Trans Union have settled all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Trans Union and Plaintiff will present dismissal documents to the court as soon as possible. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: November 13, 2019.

    Respectfully submitted,

    /s/ Bryan E. Mouber
    Bryan E. Mouber
    mouber@bscr-law.com
    James S. Kreamer
    kreamer@bscr-law.com
    Megan R. Stuph-Turner
    mstumph@bscr-law.com

Baker, Sterchi, Cowden & Rice LLC
51 Corporate Woods
9393 W 110th St, Suite 500
Overland Park, KS 66210
(913) 451-6752
(816) 472-0288 Fax
*Counsel for Trans Union LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of normally record:

| | |
|---|---|
| Guillermo Gabriel Zorogastua<br>gzorogastua@polsinelli.com<br>Phillip J.R. Zeeck<br>pzeeck@polsinelli.com<br>Polsinelli PC<br>900 W. 48th St, Suite 900<br>Kansas City, MO 64112<br>(816) 374-0537<br>(816) 817-0294 Fax<br>*Counsel for Equifax, Inc. and Equifax Information Services, LLC* | Kirsten A. Byrd<br>kirsten.byrd@huschblackwell.com<br>Husch Blackwell LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112<br>(816) 983-8000 ext. 8384<br>(816) 983-8080 Fax<br>*Counsel for Discover Bank* |
| Joshua C. Dickinson<br>jdickinson@spencerfane.com<br>Spencer Fanf LLP<br>13520 California Street, Suite 290<br>Omaha, NE 68154<br>(402) 965-8600<br>(402) 964-8601 Fax<br>and<br>Kersten L. Holzhueter<br>kholzhueter@spencerfane.com<br>Spencer Fane LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106<br>(816) 292-8302<br>(816) 474-3216 Fax<br>*Counsel for LoanDepot.com, LLC* | Michael C. Barnhill<br>mcbarnhill@michaelbest.com<br>Michael Best & Friedrich, LLP<br>2750 Cottonwood Parkway, Suite 560<br>Cottonwood Heights, UT 84121<br>(801) 833-0500<br>(801) 931-2500 Fax<br>and<br>Michael J. Norton<br>mnorton@foulston.com<br>Foulston Siefkin LLP<br>1551 N. Waterfront Parkway, Suite 100<br>Wichita, KS 67206-4466<br>(316) 291-9742<br>(866) 346-2031 Fax<br>*Counsel for Marketplace Loan Grantor Trust* |

2

| | |
|---|---|
| Andrea S. McMurtry<br>amcmurtry@hab-law.com<br>Danne W. Webb<br>dwebb@hab-law.com<br>Horn, Aylward & Bandy LLC<br>2600 Grand Boulevard, Suite 1100<br>Kansas City, MO 64108<br>(816) 595-7714<br>(816) 421-0899 Fax<br>and<br>Jeffrey R. Zohn<br>jzohn@jonesday.com<br>Jones Day<br>77 W. Wacker Drive, Suite 3500<br>Chicago, IL 60601<br>(312) 269-4361<br>(312) 782-8585 Fax<br>***Counsel for Experian Information Solutions, Inc.*** | Benjamin Scott Tschudy<br>bstschudy@martinpringle.com<br>Kate Bohon McKinney<br>kbmckinney@martinpringle.com<br>Martin Pringle Oliver Wallace & Bauer, LLP<br>9401 Indian Creek Parkway, Building 40, Suite 1150<br>Overland Park, KS 66210<br>(913) 491-5500<br>(913) 491-3341 Fax<br>and<br>Christopher R. Murphy<br>crmurphy@reedsmith.com<br>Reed Smith, LLP<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606<br>(312) 207-6548<br>(312) 207-6400 Fax<br>***Counsel for Barclays Bank Delaware*** |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Participants in the manner indicated:

Anthony J. Hampton
6104 SW 26th Street, Apt. A
Topeka, KS  66614
***Pro Se Plaintiff***


/s/ Bryan E. Mouber
**BRYAN E. MOUBER**

3

4072232.1