## GMUNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 5:18-cv-04071-DDC-ADM |
| | ) |
| BARCLAYS BANK DELAWARE, et al., | ) |
| | ) |
| **Defendants.** | ) |

## **CERTIFICATE OF SERVICE**

This is to certify that Equifax Inc. and Equifax Information Services LLC has this 18th day of November, 2019 served a true and correct copy of:

1. Defendant Equifax Inc.'s First Set of Interrogatories to Plaintiff;

2. Defendant Equifax Inc.'s Requests for Production of Documents to Plaintiff;

3. Defendant Equifax Inc.'s First Requests for Admission to Plaintiff;

4. Defendant Equifax Inc.'s Initial Disclosures

5. Defendant Equifax Information Services LLC's First Set of Interrogatories to Plaintiff;

6. Defendant Equifax Information Services LLC's First Requests for Production of Documents to Plaintiff;

7. Defendant Equifax Information Services LLC's First Requests for Admission to Plaintiff; and

8. Defendant Equifax Information Services LLC's Initial Disclosures

via U.S. Mail to the following attorneys of record:

5

71260046.1

Anthony J. Hampton
6104 SW 26th Street
Apartment A
Topeka, Kansas 66614
*Plaintiff Pro Se*

Christopher R. Murphy, Esq.
(Admitted *Pro Hac Vice*)
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Email: CRMurphy@reedsmith.com

Benjamin S. Tschudy, Esq.
Kate Bohon McKinney, Esq.
MARTIN PRINGLE OLIVER WALLACE &
BAUER, LLP
9401 Indian Creek Parkway
Building 40, Suite 1150
Overland Park, Kansas 66210
Email: bstschudy@martinpringle.com
Email: kbmckinney@martinpringle.com
*Attorneys for Defendant*
*Barclays Bank Delaware*

Kirsten A. Byrd, Esq.
HUSCH BLACKWELL LLP
4800 Main Street, Suite 1000
Kansas City, Missouri 64112
Email: kirsten.byrd@huschblackwell.com
*Attorneys for Defendant*
*Discover Bank*

Joshua C. Dickinson, Esq.
SPENCER FANE LLP
13520 California Street, Suite 290
Omaha, Nebraska 68154
Email: jdickinson@spencerfane.com

Kersten L. Holzhueter, Esq.
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Email: kholzhueter@spencerfane.com
*Attorneys for Defendant*
*Loan Depot, LLC*

Michael C. Barnhill, Esq.
(Admitted *Pro Hac Vice*)
MICHAEL BEST & FRIEDRICH, LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
Email: mcbarnhill@michaelbest.com

Michael J. Norton, Esq.
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206
Email: mnorton@foulston.com
*Attorneys for Defendant*
*Marketplace Loan Grantor Trust*

Bryan E. Mouber, Esq.
BAKER, STERCHI, COWDEN & RICE, LLC
51 Corporate Woods
9393 W. 110th Street, Suite 500
Overland Park, Kansas 66210
Email: mouber@bscr-law.com

James S. Kreamer, Esq.
Megan R. Stumph-Turner, Esq.
BAKER, STERCHI, COWDEN & RICE, LLC
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Email: kreamer@bscr-law.com
Email: mstumpf@bscr-law.com
*Attorneys for Defendant*
*TransUnion, LLC*

71260046.1

| | |
|---|---|
| Danne W. Webb, Esq.<br>Andrea S. McMurtry, Esq.<br>HORN AYLWARD & BANDY, LLC<br>2600 Grand Boulevard, Suite 1100<br>Kansas City, Missouri 64108<br>Email: dwebb@hab-law.com<br>Email: amcmurtry@hab-law.com | Jeffrey Ryan Zohn, Esq.<br>(Admitted *Pro Hac Vice*)<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois 60601<br>Email: jzohn@jonesday.com<br>***Attorneys for Defendant***<br>***Experian Information Solutions, Inc.*** |

Respectfully submitted,

POLSINELLI PC

 */s/ G. Gabriel Zorogastua*

G. Gabriel Zorogastua                    KS Bar #23556
Phillip J. R. Zeeck                              D. Kan. #78493
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone:  (816) 753-1000
Facsimile:   (816) 753-1536
Email: gzorogastua@polsinelli.com
Email: pzeeck@polsinelli.com
***ATTORNEYS FOR DEFENDANTS***
***EQUIFAX INC. and EQUIFAX INFORMATION***
***SERVICES LLC***

71260046.1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 18th day of November, 2019. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

Anthony J. Hampton
6104 SW 26th Street
Apartment A
Topeka, Kansas 66614
***Plaintiff Pro Se***

Christopher R. Murphy, Esq.
(Admitted *Pro Hac Vice*)
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Email: CRMurphy@reedsmith.com

Benjamin S. Tschudy, Esq.
Kate Bohon McKinney, Esq.
MARTIN PRINGLE OLIVER WALLACE &
BAUER, LLP
9401 Indian Creek Parkway
Building 40, Suite 1150
Overland Park, Kansas 66210
Email: bstschudy@martinpringle.com
Email: kbmckinney@martinpringle.com
***Attorneys for Defendant***
***Barclays Bank Delaware***

Kirsten A. Byrd, Esq.
HUSCH BLACKWELL LLP
4800 Main Street, Suite 1000
Kansas City, Missouri 64112
Email: kirsten.byrd@huschblackwell.com
***Attorneys for Defendant***
***Discover Bank***

Joshua C. Dickinson, Esq.
SPENCER FANE LLP
13520 California Street, Suite 290
Omaha, Nebraska 68154
Email: jdickinson@spencerfane.com

Kersten L. Holzhueter, Esq.
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Email: kholzhueter@spencerfane.com
***Attorneys for Defendant***
***Loan Depot, LLC***

Michael C. Barnhill, Esq.
(Admitted *Pro Hac Vice*)
MICHAEL BEST & FRIEDRICH, LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
Email: mcbarnhill@michaelbest.com

Michael J. Norton, Esq.
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206
Email: mnorton@foulston.com
***Attorneys for Defendant***
***Marketplace Loan Grantor Trust***

71260046.1

5

Bryan E. Mouber, Esq.
BAKER, STERCHI, COWDEN & RICE, LLC
51 Corporate Woods
9393 W. 110th Street, Suite 500
Overland Park, Kansas 66210
Email: mouber@bscr-law.com

James S. Kreamer, Esq.
Megan R. Stumph-Turner, Esq.
BAKER, STERCHI, COWDEN & RICE, LLC
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Email: kreamer@bscr-law.com
Email: mstumpf@bscr-law.com
*Attorneys for Defendant*
*TransUnion, LLC*

Danne W. Webb, Esq.
Andrea S. McMurtry, Esq.
HORN AYLWARD & BANDY, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Email: dwebb@hab-law.com
Email: amcmurtry@hab-law.com

Jeffrey Ryan Zohn, Esq.
(Admitted *Pro Hac Vice*)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Email: jzohn@jonesday.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

 */s/ G. Gabriel Zorogastua*
*Attorney for Defendants Equifax Inc. and Equifax Information Services LLC*