IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BARCLAYS BANK DELAWARE; )<br>DISCOVER BANK; LOAN DEPOT, )<br>LLC; MARKETPLACE LOAN )<br>GRANTOR TRUST, SERIES 2016-LD1; )<br>EQUIFAX, INC.; EQUIFAX )<br>INFORMATION SERVICES, LLC; )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC.; TRANSUNION, )<br>LLC; and Does 1-10, )<br>)<br>Defendants. )<br>                                                           ) | Case No. 18-4071-DDC-KGS |

**CERTIFICATE OF COMPLIANCE**

I certify that Defendant Marketplace Loan Grantor Trust, Series 2016-LD1's Rule 26(a)(1) disclosures were served on Pro Se Plaintiff via first class mail and all counsel of record via electronic mail on November 20, 2019.

Respectfully submitted,

FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
316-267-6371
mnorton@foulston.com

*/s/ Michael J. Norton*
Michael J. Norton, KS #18732
*Attorneys for Defendant Marketplace Loan Grantor Trust, Series 2016-LD1*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties via the Court's CM/ECF system on the 20th day of November, 2019. and was served on Pro Se Plaintiff via first class mail, postage prepaid, to the following:

Anthony J. Hampton
2615 Mountain View Drive
McKinney, TXS 75071

/s/ Michael J. Norton
Michael J. Norton, KS #18732
*Attorney for Defendant Marketplace Loan Grantor Trust, Series 2016-LD1*