**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ANTHONY J. HAMPTON, )<br>   )<br>   Plaintiff, )<br>   )<br>vs. )<br>   )<br>BARCLAYS BANK DELAWARE, et al., )<br>   )<br>   Defendant. ) | Case No. 18-4071-DDC-ADM |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, Plaintiff Anthony Hampton, Defendant loanDepot.com, LLC, and all other parties who have appeared and remain in this action, stipulate to the dismissal of all claims filed against Defendant loanDepot.com, LLC, *with prejudice*, each party to bear its/his own costs and attorneys' fees.

Respectfully submitted,

/s/ Kersten L. Holzhueter
Joshua C. Dickinson   KS Bar No. 20632
Kersten L. Holzhueter   KS Bar No. 24885
SPENCER FANE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
jdickinson@spencerfane.com
kholzhueter@spencerfane.com

ATTORNEYS FOR DEFENDANT
LOANDEPOT.COM, LLC

/s/ Anthony J. Hampton
Anthony J. Hampton   Pro se
2615 Mountain View Dr.
McKinney, TX 75071
Telephone: (785) 383-9793
anthsehsafsamseth@protonmail.com

PLAINTIFF, PRO SE

/s/ B. Scott Tschudy
Benjamin Scott Tshudy
MARTIN PRINGLE OLIVER WALLACE &
BAUER, LLP
9401 Indian Creek Parkway, Suite 1150
Overland Park, KS 66210
Telephone: (913) 491-5500
Facsimile: (913) 491-3341
bstschudy@martinpringle.com

ATTORNEYS FOR DEFENDANT
BARCLAYS BANK DELAWARE

/s/ Kirsten A. Byrd
Kirsten A. Byrd
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Kirsten.byrd@huschblackwell.com

ATTORNEYS FOR DEFENDANT
DISCOVER BANK

/s/ Michael C. Barnhill
Michael C. Barnhill
MICHAEL BEST & FRIEDRICH, LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Telephone: 801-833-0500
Fax: 801-931-2500
mcbarnhill@michaelbest.com

ATTORNEY FOR MARKETPLACE LOAN
GRANTOR TRUST

/s/ Guillermo Gabriel Zoragastua
Guillermo Gabriel Zorogastua
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112-1895
Telephone: 816-374-0537
Fax: 816-817-0294
gzorogastua@polsinelli.com

ATTORNEY FOR EQUIFAX, INC. AND
EQUIFAX INFORMATION SERVICES, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed electronically with the United States District Court for the District of Kansas this 10th day of March, 2020, with notice of case activity generated and sent to all registered parties.  On the same day, the foregoing was served on Pro Se Plaintiff via e-mail addressed as follows:

Anthony Hampton
2615 Mountain View Dr.
McKinney, TX 75071
anthsehsafsamseth@protonmail.com

      /s/ Kersten L. Holzhueter
      Attorney for Defendant loanDepot.com, LLC