UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

ANTHONY J. HAMPTON, )
)
Plaintiff, )
)
vs. ) Case No. 5:18-cv-04071-DDC-ADM
)
BARCLAYS BANK DELAWARE, et al., )
)
Defendants. )

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY**

Plaintiff Anthony J. Hampton ("Plaintiff") and Defendants Equifax Inc. and Equifax Information Services LLC ("Equifax"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Defendants Equifax Inc. and Equifax Information Services LLC only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: March 22nd, 2020

Respectfully submitted,

Anthony J. Hampton
2615 Mountain View Drive
McKinney, TX 75071
*Plaintiff Pro Se*

728155331

POLSINELLI PC

/s/ G. Gabriel Zorogastua
G. Gabriel Zorogastua                KS Bar #23556
Phillip J. R. Zeeck                  D. Kan. #78493
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
Email: gzorogastua@polsinelli.com
Email: pzeeck@polsinelli.com
**Attorneys For Defendants**
**Equifax Inc. and Equifax Information Services LLC**

MARTIN PRINGLE OLIVER WALLACE & BAUER, LLP

/s/ Benjamin S. Tschudy
Benjamin S. Tschudy, Esq.
Kate Bohon McKinney, Esq.
9401 Indian Creek Parkway
Building 40, Suite 1150
Overland Park, Kansas 66210
Email: bstschudy@martinpringle.com
Email: kbmckinney@martinpringle.com

Christopher R. Murphy, Esq.
(Admitted *Pro Hac Vice*)
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Email: CRMurphy@reedsmith.com
**Attorneys for Defendant**
**Barclays Bank Delaware**

FOULSTON SIEFKIN LLP

/s/ Michael J. Norton
Michael J. Norton, Esq.
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206
Email: mnorton@foulston.com

Michael C. Barnhill, Esq.
(Admitted *Pro Hac Vice*)
MICHAEL BEST & FRIEDRICH, LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
Email: mcbarnhill@michaelbest.com
**Attorneys for Defendant**
**Marketplace Loan Grantor Trust**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 27th day of March, 2020. Notice of this filing will be sent to the following parties by U.S. Mail, postage prepaid, on the same date.

Anthony J. Hampton
2615 Mountain View Drive
McKinney, TX 75071
*Plaintiff Pro Se*

/s/ G. Gabriel Zorogastua
**Attorney for Defendants Equifax Inc. and**
**Equifax Information Services LLC**

72815533.1