# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>BARCLAYS BANK DELAWARE; )<br>DISCOVER BANK; LOAN DEPOT, )<br>LLC; MARKETPLACE LOAN )<br>GRANTOR TRUST, SERIES 2016-LD1; )<br>EQUIFAX, INC.; EQUIFAX )<br>INFORMATION SERVICES, LLC; )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC.; TRANSUNION, )<br>LLC; and Does 1-10, )<br>)<br>        Defendants. )<br>                              ) | Case No. 5:18-CV-4071-DDC-KGS |

## DEFENDANT MARKETPLACE LOAN GRANTOR TRUST, SERIES 2016-LD1'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, Marketplace Loan Grantor Trust, Series 2016-LD1, and moves the Court for an order granting it summary judgment against Plaintiff Anthony J. Hampton, and dismissing his claims against it for alleged violations of the Telephone Consumer Protection Act and the Fair Debt Collection Practices Act. A memorandum in support of this motion is being filed contemporaneously herewith.

Respectfully submitted,

FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
316-267-6371
mnorton@foulston.com

*/s/ Michael J. Norton*
Michael J. Norton, KS #18732
*Attorneys for Defendant Marketplace Loan Grantor Trust, Series 2016-LD1*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties via the Court's CM/ECF system on the 7th day of April, 2020, and was served on Pro Se Plaintiff via first class mail, postage prepaid, and e-mail to the following:

Anthony J. Hampton
2615 Mountain View Drive
McKinney, TX 75071
anthsehsafsamseth@protonmail.com

*/s/ Michael J. Norton*

Michael J. Norton, KS #18732
*Attorney for Defendant Marketplace Loan Grantor Trust, Series 2016-LD1*