# United States District Court

------------------------- DISTRICT OF KANSAS----------------------------

ANTHONY J. HAMPTON,

                Plaintiff,

v.                                  Case No. 18-4071-DDC-ADM

BARCLAYS BANK DELAWARE,
DISCOVER BANK,
LOANDEPOT.COM, LLC,
MARKETPLACE LOAN GRANTOR TRUST,
EQUIFAX, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION, LLC,
DOES 1-10,

                Defendants.

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the court.  This action came before the court.  The issues have been considered and a decision has been rendered.

**Consistent with the Memorandum and Order (Doc. 208) filed on August 13, 2020, the action is dismissed on the merits.  The court enters judgment in the amount of $5,629.33, plus interest, and reasonable attorneys' fees and costs in Barclays's favor and against plaintiff.**

    08/13/2020                         TIMOTHY M. O'BRIEN
        Date                            CLERK OF THE DISTRICT COURT

                                        by:   s/ Megan Garrett
                                              Deputy Clerk

APPROVED BY

s/ Daniel D. Crabtree
Daniel D. Crabtree
United States District Judge