FILED

AUG 26 2020

Clerk, U.S. District Court
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| ANTHONY J. HAMPTON,<br><br>    Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE; DISCOVER BANK; LOAN DEPOT, LLC; MARKETPLACE LOAN GRANTOR TRUST, SERIES 2016-LD1; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; and Does 1-10,<br><br>    Defendants. | No. 5:18-cv-04071-DDC-ADM |

**NOTICE OF APPEAL**

Notice is hereby given that Anthony J. Hampton, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment from an order dismissing case entered in this action on August 13, 2020.

Date: August 20, 2020

*Anthony-Joseph: Hampton TTEE*
Anthony J. Hampton
2615 Mountain View Drive
McKinney, Texas 75071

1
NOTICE OF APPEAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

ANTHONY J. HAMPTON,  Plaintiff,

vs.

BARCLAYS BANK DELAWARE, et al.,

Defendant(s).

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

Case No. 5:18-cv-04071-DDC-ADM

I hereby certify that on _August 20, 2020_ (mm/dd/yyyy), I caused the following documents:

**PLAINTIFF'S NOTICE OF APPEAL**

☐ to be filed electronically with the Clerk of Court through ECF and/or

☒ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

MARTIN PRINGLE OLIVER WALLACE & BAUER, LLP
9401 Indian Creek Parkway, Bldg. 40, Ste. 1150
Overland Park, Kansas 66210
For Barclays Bank Delaware

HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
For Discover Bank

MICHAEL BEST & FRIEDRICH, LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
For MPLGT

FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206
For MPLGT

Date: *August 20, 2020*

s/ *Anthony-Joseph: Hampton TTEE*
**Signature of filing party**

Anthony J. Hampton
Filer's Typed Name