# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, <br><br> Plaintiff, <br><br> v. <br><br> BARCLAYS BANK DELAWARE; DISCOVER BANK; LOAN DEPOT, LLC; MARKETPLACE LOAN GRANTOR TRUST, SERIES 2016-LD1; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; AND DOES 1-10, <br><br> Defendants. | Case No. 18-4071-DDC |

## DECLARATION OF CHRISTOPHER R. MURPHY IN SUPPORT OF PETITION FOR ATTORNEYS' FEES

I, Christopher R. Murphy, declare the following to be true under penalty of perjury:

1. I am over the age of eighteen years and have personal knowledge of the facts set forth herein or such facts are known to me through the business records of Reed Smith LLP ("Reed Smith").

2. I am an attorney in the law firm of Reed Smith. Reed Smith is national counsel for Defendant Barclays Bank Delaware ("Barclays"), and represented Barclays in this litigation

3. I am primarily responsible for representing Barclays in connection with this proceeding, with Mr. Maxwell J. Eichenberger also assisting in representing Barclays in this matter.

4. I am familiar with the amounts Barclays has incurred for legal services.

- 2 -

5. I am a member in good standing of the Illinois Bar and I practice consumer litigation in federal and state courts, and in other court forums throughout the United States with the assistance of local counsel. I was admitted to practice in Illinois in 2010.

6. Max Eichenberger is in good standing of the Illinois Bar and practices in consumer litigation in federal and state courts and was admitted to practice in Illinois in 2017.

7. Reed Smith is a large international law firm with offices throughout the United States, as well as in the United Kingdom, France, Germany, Greece and the UAE. The rates the firm charges take into account the experience of the individual attorney, the geographic location of that attorney's practice, and publicly-available information concerning rates charged by similar law firms.

8. Other attorneys who have worked on this matter are: Mr. B. Scott Tschudy (a partner at Martin Pringle, admitted to practice in Kansas in 1985 and Missouri in 1995, who served as local counsel in this matter) and Ms. Kate B. McKinney (a partner at Martin Pringle, admitted to practice in Missouri in 1996 and in Kansas in 2000 who also served as local counsel in this matter).

9. Barclays is not seeking fees in connection with the time spent on this matter by Mr. Tschudy or Ms. McKinney.

10. Reed Smith management sets hourly rates for attorneys and professionals. Reed Smith also enters into alternative fee arrangements for various matters that take into consideration overall work volume rather than case-specific work.

11. My hourly rate for this matter was $335.00 through December 2018 at which time my hourly rate increased to $345.00. Mr. Eichenberger's hourly rate was $235.00 through December 2018 at which time it increased to $255.00. These hourly rates are well within the range

of rates for comparably-experienced attorneys and represent reasonable hourly rates for the work performed on behalf of Barclays in this case. These rates also represent a substantial discount from the standard rates set by Reed Smith management for work performed by me ($555.00) and Mr. Eichenberger ($470.00).

12. I served as Barclays's lead counsel in this proceeding. Accordingly, I have appeared on Barclays' filings for this matter.

13. I have reviewed all Reed Smith time entries with respect to this matter for worked performed by Reed Smith attorneys for this matter. The time spent to prosecute Barclays' Counterclaim was reasonable and necessary. The amounts that Barclays herein seeks to have awarded are based on needed expenditures of time at the budget hourly rate of the attorney who performed the work.

14. Attached to the Petition as Exhibit B is an itemized listing, by chronological order, of time expended by Reed Smith attorneys on this matter, which has already been paid by Barclays, with appropriate redactions to preserve attorney-client privilege and to prevent revealing the mental impressions of counsel. Redactions were also made to remove defense fees and costs so as to only include fees associated with the prosecution of Barclays' Counterclaim. Many tasks were performed in connection with the defense of the case that were also relevant to the Counterclaim and were redacted so as to not be included in the amount of fees to be sought in connection with Barclays' Counterclaim.

15. The amounts stated in Exhibit B to the Petition cover the time period from September 1, 2018 through December 31, 2019, and at the above-listed budget rates, the value of the time expended totals $2,455.00.

16. The information contained in Exhibit B to the Petition regarding the fees incurred in this matter was compiled directly from information recorded by Reed Smith personnel. The

- 4 -

descriptions of the services were made at or near the time of their stated date, and the timekeepers reporting their time had a professional, ethical, and business duty to record their time accurately.

17. The services rendered and hours expended by Reed Smith were both necessary and reasonable for Barclays' prosecution of its Counterclaim.

18. The fees set forth in Exhibit B to the Petition, totaling $2,455 for nine (9) hours of work, represent reasonable counsel fees for Barclays' prosecution of its Counterclaim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 27, 2020

Christopher R. Murphy