# EXHIBIT B



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: –+1 213 457 8000
Fax: –+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Claudia Roark | Invoice Number: **3086543** |
| Barclays Bank Delaware | Invoice Date: **10/15/2018** |
| 100 South West Street | Client Number: **886422** |
| Wilmington, DE 19801 | Matter Number: **886422.60428** |

**RE: HAMPTON, ANTHONY J. v. BARCLAYS BANK DELAWARE; DISCOVER BANK, et al.**

---

**INVOICE SUMMARY**

Please Remit to:

*Mail To:*                    *Wire Instructions:*



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Claudia Roark | Invoice Number: **3086543** |
| Barclays Bank Delaware | Invoice Date: **10/15/2018** |
| 100 South West Street | Client Number: **886422** |
| Wilmington, DE 19801 | Matter Number: **886422.60428** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2018**



| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|

---

File No. 886422.60428                Invoice No. 3086543                Page 1



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | ███████████ | | |
| 09/13/18 | M. J. Eichenberger | Draft Barclays' counterclaim to Plaintiff's complaint. | 1.30 | 305.50 |
| ████ | ████ | ███████████ | ██ | ██ |
| 09/15/18 | M. J. Eichenberger | Draft revised counter-claim. | 0.30 | 70.50 |
| 09/16/18 | M. J. Eichenberger | Complete Barclays' counterclaim against Plaintiff. | 0.60 | 141.00 |
| ████ | ███████ | ███████████ | ██ | ██ |
| ████ | ████ | ███████████ | ██ | ██ |
| ████ | ███████ | ███████████ | ██ | ██ |
| ████ | ███████ | ███████████ | ██ | ██ |
| ████ | ████ | ███████████ | ██ | ██ |
| ████ | ████ | ███████████ | ██ | ██ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**



| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| **Total Hours** | | | ██ | ██ |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Christopher R. Murphy | ██ | 335.00 / hr | ██ |
| ██ | ██ | ██ | ██ |
| Maxwell J. Eichenberger | ██ | 235.00 / hr | ██ |
| **Total Professional Services** | | | ██ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | ███████████ ██████ | ██ |
| | **Total Expenses and Other Charges** | ██ |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | ████ |
| Total Expenses and Other Charges | $ | ███ |
| **TOTAL CURRENT INVOICE DUE** | $ | ████ |
| **Total Amount Due** | $ | ████ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Claudia Roark | Invoice Number: **3094340** |
| Barclays Bank Delaware | Invoice Date: **11/9/2018** |
| 100 South West Street | Client Number: **886422** |
| Wilmington, DE 19801 | Matter Number: **886422.60428** |

**RE: HAMPTON, ANTHONY J. v. BARCLAYS BANK DELAWARE; DISCOVER BANK, et al.**

---

**INVOICE SUMMARY**

Please Remit to:

*Mail To:*                    *Wire Instructions:*



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Claudia Roark
Barclays Bank Delaware
100 South West Street
Wilmington, DE 19801

| | |
|---|---|
| Invoice Number: | **3094340** |
| Invoice Date: | **11/9/2018** |
| Client Number: | **886422** |
| Matter Number: | **886422.60428** |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH October 31, 2018

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| ███ | ███ | ████████ | ██ | ██ |
| ███ | ███ | ████████ | ██ | |
| ███ | ████ | ████████ | ██ | ██ |
| ███ | ███ | ████████ | ██ | ██ |
| 10/02/18 | M. J. Eichenberger | Coordinate filing of answer and counterclaim and preparation re same. | 0.50 | 117.50 |
| ███ | ███ | ████ | ██ | ██ |
| ███ | ███ | ████ | ██ | ██ |
| ███ | ███ | ████ | ██ | |
| ███ | ███ | ████ | ██ | |
| ███ | ████ | ████ | ██ | |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON



| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| ███ | ███ | ███ | ███ | ███ |
| **Total Hours** | | | ███ | ███ |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Christopher R. Murphy | ███ | 335.00 / hr | ███ |
| ███ | ███ | ███ | ███ |
| Maxwell J. Eichenberger | ███ | 235.00 / hr | ███ |
| **Total Professional Services** | | | ███ |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| ███ | | ███ |
| **Total Expenses and Other Charges** | | ███ |

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $ ███ |
| Total Expenses and Other Charges | $ ███ |
| **TOTAL CURRENT INVOICE DUE** | $ ███ |
| **Total Amount Due** | $ ███ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Claudia Roark | Invoice Number: | **3103844** |
| Barclays Bank Delaware | Invoice Date: | **12/6/2018** |
| 100 South West Street | Client Number: | **886422** |
| Wilmington, DE 19801 | Matter Number: | **886422.60428** |

**RE: HAMPTON, ANTHONY J. v. BARCLAYS BANK DELAWARE; DISCOVER BANK, et al.**

---

**INVOICE SUMMARY**

Please Remit to:

*Mail To:*         *Wire Instructions:*



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Claudia Roark
Barclays Bank Delaware
100 South West Street
Wilmington, DE 19801

| | |
|---|---|
| Invoice Number: | **3103844** |
| Invoice Date: | **12/6/2018** |
| Client Number: | **886422** |
| Matter Number: | **886422.60428** |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH November 29, 2018

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| ███ | ███ | ████████ | ██ | ██ |
| ███ | ███ | ████████ | ██ | ██ |
| ███ | ███ | ████████ | ██ | ██ |
| 11/16/18 | C.R. Murphy | Begin outlining motion for summary judgment on claims and counterclaim | 0.50 | 167.50 |
| ███ | ███ | ████████ | ██ | ██ |
| **Total Hours** | | | ██ | ██ |



## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Christopher R. Murphy | ██ | 335.00 / hr | ██ |
| Maxwell J. Eichenberger | ██ | 235.00 / hr | ██ |
| **Total Professional Services** | | | ██ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | ███ | ███ |
| ███ | ███████████████ | ███ |
| | **Total Expenses and Other Charges** | ███ |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | ███ |
| Total Expenses and Other Charges | $_____ | ███ |
| **TOTAL CURRENT INVOICE DUE** | $_____ | ███ |
| **Total Amount Due** | $_____ | ███ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Claudia Roark | Invoice Number: **3116373** |
| Barclays Bank Delaware | Invoice Date: **1/18/2019** |
| 100 South West Street | Client Number: **886422** |
| Wilmington, DE 19801 | Matter Number: **886422.60428** |

**RE: HAMPTON, ANTHONY J. v. BARCLAYS BANK DELAWARE; DISCOVER BANK, et al.**

---

### INVOICE SUMMARY

Please Remit to:

*Mail To:*          *Wire Instructions:*



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Claudia Roark | **Invoice Number:** **3116373** |
| Barclays Bank Delaware | **Invoice Date:** **1/18/2019** |
| 100 South West Street | **Client Number:** **886422** |
| Wilmington, DE 19801 | **Matter Number:** **886422.60428** |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2018

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ | ▉ |
| 11/28/18 | C.R. Murphy | Begin drafting written discovery requests to Plaintiff and develop arguments to assert on a motion for summary judgment | 0.60 | 201.00 |
| ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ |
| **Total Hours** | | | ▉ | ▉ |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ |
| Christopher R. Murphy | ▉ | 335.00 / hr | ▉ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ███████████████ | ████████ | █████████ | ████ |
| **Total Professional Services** | | | ████ |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| | █████ | ███ |
| ███████ | ██████████████████████████ | ███ |
| ███████ | ████████████████████████ | ███ |
| | **Total Expenses and Other Charges** | ███ |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | ████ |
| Total Expenses and Other Charges | $_____ | ████ |
| **TOTAL CURRENT INVOICE DUE** | $_____ | █████ |
| **Total Amount Due** | $_____ | █████ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Claudia Roark | Invoice Number: **3125213** |
| Barclays Bank Delaware | Invoice Date: **2/14/2019** |
| 100 South West Street | Client Number: **886422** |
| Wilmington, DE 19801 | Matter Number: **886422.60428** |

**RE: HAMPTON, ANTHONY J. v. BARCLAYS BANK DELAWARE; DISCOVER BANK, et al.**

**INVOICE SUMMARY**

Please Remit to:

*Mail To:*          *Wire Instructions:*



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Claudia Roark
Barclays Bank Delaware
100 South West Street
Wilmington, DE 19801

| | |
|---|---|
| Invoice Number: | **3125213** |
| Invoice Date: | **2/14/2019** |
| Client Number: | **886422** |
| Matter Number: | **886422.60428** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH January 31, 2019



| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| ██████ | ████████████ | ████████████████████ | ████ | ████ |
| ██████ | ████████████ | ████████████████████ | ████ | ████ |
| ██████ | ████████████ | ████████████████████ | ████ | ████ |
| 01/03/19 | M. J. Eichenberger | Draft Barclays' revised First Set of Interrogatories to Plaintiff. | 0.80 | 204.00 |
| **Total Hours** | | | ████ | ████ |

### SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Maxwell J. Eichenberger | ████ | 255.00 / hr | ████ |
| **Total Professional Services** | | | ████ |

---



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | ████████████████ ██████ | ██ |
| | ███ | ██ |
| ████ | ████████████████████████ | ██ |
| | ██████████████████ | |
| ████ | ████████████████████ | ██ |
| | ██████████ | |
| | **Total Expenses and Other Charges** | ██ |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | ██ |
| Total Expenses and Other Charges | $_____ | ██ |
| **TOTAL CURRENT INVOICE DUE** | $_____ | ██ |
| **Total Amount Due** | $_____ | ██ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Claudia Roark | Invoice Number:    **3144801** |
| Barclays Bank Delaware | Invoice Date:    **4/15/2019** |
| 100 South West Street | Client Number:    **886422** |
| Wilmington, DE 19801 | Matter Number:    **886422.60428** |

**RE: HAMPTON, ANTHONY J. v. BARCLAYS BANK DELAWARE; DISCOVER BANK, et al.**

**INVOICE SUMMARY**

Please Remit to:

*Mail To:*                              *Wire Instructions:*



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Claudia Roark
Barclays Bank Delaware
100 South West Street
Wilmington, DE 19801

| | |
|---|---|
| Invoice Number: | **3144801** |
| Invoice Date: | **4/15/2019** |
| Client Number: | **886422** |
| Matter Number: | **886422.60428** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2019

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| ██████ | ██████ | ████████████████ | ██ | ████ |
| ██████ | ██████ | ████████████████ | ██ | ████ |
| ██████ | ██████ | ████████████████ | ██ | ████ |
| ██████ | ██████ | ████████████████ | ██ | ████ |
| ██████ | ██████ | ████████████████ | ██ | ████ |
| 03/24/19 | M. J. Eichenberger | Finalize discovery requests (ROGs, RFAs, RFPs) to Plaintiff and draft correspondence to C. Murphy re: same. | 0.60 | 153.00 |
| 03/25/19 | C.R. Murphy | Begin drafting revisions to written discovery requests | 0.50 | 172.50 |
| **Total Hours** | | | ██ | ████ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: –+1 213 457 8000
Fax: –+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Christopher R. Murphy | ██████ | 345.00 / hr | ████ |
| Maxwell J. Eichenberger | ██████ | 255.00 / hr | ████ |
| **Total Professional Services** | | | ████ |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| ██████ | █████████████████████ | ████ |
| **Total Expenses and Other Charges** | | ████ |

## INVOICE SUMMARY

Total Fees                                    $ ████

Total Expenses and Other Charges              $_____ ████

**TOTAL CURRENT INVOICE DUE**                 $____ ████

   **Total Amount Due**                       $_____ ████



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Claudia Roark | Invoice Number: **3178594** |
| Barclays Bank Delaware | Invoice Date: **7/24/2019** |
| 100 South West Street | Client Number: **886422** |
| Wilmington, DE 19801 | Matter Number: **886422.60428** |

**RE: HAMPTON, ANTHONY J. v. BARCLAYS BANK DELAWARE; DISCOVER BANK, et al.**

---

**INVOICE SUMMARY**

Please Remit to:

*Mail To:*                    *Wire Instructions:*



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Claudia Roark
Barclays Bank Delaware
100 South West Street
Wilmington, DE 19801

| | |
|---|---|
| Invoice Number: | **3178594** |
| Invoice Date: | **7/24/2019** |
| Client Number: | **886422** |
| Matter Number: | **886422.60428** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2019**



| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|

---



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON



| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | █████████ | | |
| █████ | ███████ | █████████ | ███ | ████ |
| | | █████████ | | |
| 06/26/19 | C.R. Murphy | Determine parties to issue third party discovery to | 0.30 | 103.50 |
| █████ | ███████ | █████████ | ███ | ████ |
| █████ | ███████ | █████████ | ███ | ████ |
| **Total Hours** | | | ████ | ████ |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| ████████ | ████ | ████ | ███ |
| Christopher R. Murphy | ████ | 345.00 / hr | ███ |
| Maxwell J. Eichenberger | ████ | 255.00 / hr | ███ |
| **Total Professional Services** | | | ███ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: –+1 213 457 8000
Fax: –+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| ███ | ███████████████████████ | ███ |
| **Total Expenses and Other Charges** | | ███ |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | ███ |
| Total Expenses and Other Charges | $ | ███ |
| **TOTAL CURRENT INVOICE DUE** | $ | ███ |
| **Total Amount Due** | $ | ███ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: –+1 213 457 8000
Fax: –+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Claudia Roark | Invoice Number: **3190050** |
| Barclays Bank Delaware | Invoice Date: **8/27/2019** |
| 100 South West Street | Client Number: **886422** |
| Wilmington, DE 19801 | Matter Number: **886422.60428** |

**RE: HAMPTON, ANTHONY J. v. BARCLAYS BANK DELAWARE; DISCOVER BANK, et al.**

---

**INVOICE SUMMARY**

Please Remit to:

*Mail To:*          *Wire Instructions:*



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Claudia Roark
Barclays Bank Delaware
100 South West Street
Wilmington, DE 19801

| | |
|---|---|
| Invoice Number: | **3190050** |
| Invoice Date: | **8/27/2019** |
| Client Number: | **886422** |
| Matter Number: | **886422.60428** |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2019



| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|

---



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/12/19 | C.R. Murphy | Review plaintiff's settlement offer and develop case strategy in light of same | 0.40 | 138.00 |
| ██ | ██ | ██ | ██ | ██ |
| 07/17/19 | M. J. Eichenberger | Review and analyze counterclaim and draft revised subpoena to Plaintiff's bank.  Draft correspondence to local counsel re: same.  Review and analyze draft protective order and draft correspondence to local counsel re: same.  Calculate discovery deadlines based on discovery service and analyze upcoming schedule re: same. | 1.50 | 382.50 |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON



| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| ███ | ████ | ██████ | █ | ███ |
| ███ | ████ | ██████ | █ | ███ |
| ███ | ████ | ██████ | █ | ███ |
| **Total Hours** | | | ███ | ███ |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| ████████ | ███ | ███ | ██ |
| Christopher R. Murphy | ███ | 345.00 / hr | ██ |
| Maxwell J. Eichenberger | ███ | 255.00 / hr | ██ |
| **Total Professional Services** | | | ██ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| ███ | ████████████████████████ | ███ |
| | ██████████████████████ | |
| | **Total Expenses and Other Charges** | ███ |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | ███ |
| Total Expenses and Other Charges | $_____ | ███ |
| **TOTAL CURRENT INVOICE DUE** | $_____ | ███ |
| **Total Amount Due** | $_____ | ███ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: –+1 213 457 8000
Fax: –+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Claudia Roark | Invoice Number: **3206878** |
| Barclays Bank Delaware | Invoice Date: **10/11/2019** |
| 100 South West Street | Client Number: **886422** |
| Wilmington, DE 19801 | Matter Number: **886422.60428** |

**RE: HAMPTON, ANTHONY J. v. BARCLAYS BANK DELAWARE; DISCOVER BANK, et al.**



Please Remit to:

*Mail To:*                    *Wire Instructions:*



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: –+1 213 457 8000
Fax: –+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Claudia Roark | Invoice Number: **3206878** |
| Barclays Bank Delaware | Invoice Date: **10/11/2019** |
| 100 South West Street | Client Number: **886422** |
| Wilmington, DE 19801 | Matter Number: **886422.60428** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2019**



| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|

File No. 886422.60428          Invoice No. 3206878          Page 1



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|





Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/13/19 | C.R. Murphy | Further preparation for upcoming deposition | 0.30 | 103.50 |





Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|



---



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON



| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|

**Total Hours**

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
|  |  |  |  |
| Christopher R. Murphy |  | 345.00 / hr |  |
| Maxwell J. Eichenberger |  | 255.00 / hr |  |
|  |  |  |  |
| **Total Professional Services** |  |  |  |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: –+1 213 457 8000
Fax: –+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| | ████████████ ██████ | ██ |
| | ████ | ██ |
| ████ | ████████████████ | ██ |
| | ████████ | |
| **Total Expenses and Other Charges** | | ██ |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | ████ |
| Total Expenses and Other Charges | $_____ | ████ |
| **TOTAL CURRENT INVOICE DUE** | $_____ | ████ |
| **Total Amount Due** | $_____ | ████ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Claudia Roark | Invoice Number: **3241431** |
| Barclays Bank Delaware | Invoice Date: **1/24/2020** |
| 100 South West Street | Client Number: **886422** |
| Wilmington, DE 19801 | Matter Number: **886422.60428** |

**RE: HAMPTON, ANTHONY J. v. BARCLAYS BANK DELAWARE; DISCOVER BANK, et al.**

---

**INVOICE SUMMARY**



Please Remit to:

**Mail To:**
*Reed Smith LLP*
*Department 33489*
*P.O. Box 39000*
*San Francisco, CA 94139*

**Wire Instructions:**
*Wells Fargo Bank, N.A.*
*Oakland, CA*
*ABA Number: 121-000-248*
*Swift Code: WFBIUS6S*
*Account #494-5044212*
*Remittance Advice E-mail:* CAACH@REEDSMITH.COM
**(Please Reference Invoice Number)**



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Claudia Roark
Barclays Bank Delaware
100 South West Street
Wilmington, DE 19801

| | |
|---|---|
| Invoice Number: | **3241431** |
| Invoice Date: | **1/24/2020** |
| Client Number: | **886422** |
| Matter Number: | **886422.60428** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2019**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ |
| 12/12/19 | C.R. Murphy | Draft final edits to reply in support of motion for summary judgment | 0.80 | 276.00 |
| ██ | ██ | ██ | ██ | ██0 |
| ██ | ██ | ██ | ██ | ██ |



Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
Telephone: -+1 213 457 8000
Fax: -+1 213 457 8080
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
|      |           | ███████████ |       |        |
| **Total Hours** | | | ████ | ██████ |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| ███████████ | ██████ | ██████ | █████ |
| Christopher R. Murphy | ██████ | 345.00 / hr | █████ |
| Maxwell J. Eichenberger | ██████ | 255.00 / hr | █████ |
| ███████████ | ██████ | ██████ | █████ |
| **Total Professional Services** | | | █████ |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
|      | Westlaw | ███ |
| **Total Expenses and Other Charges** | | ███ |

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $ ████ |
| Total Expenses and Other Charges | $_____ ███ |
| **TOTAL CURRENT INVOICE DUE** | $_____ ████ |
| **Total Amount Due** | $_____ ████ |