Anthony J. Hampton
2615 Mountain View Drive
McKinney, Texas 75071

FILED
SEP 04 2020
Clerk, U.S. District Court
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| ANTHONY J. HAMPTON,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE; DISCOVER BANK; LOAN DEPOT, LLC; MARKETPLACE LOAN GRANTOR TRUST, SERIES 2016-LD1; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; and Does 1-10,<br><br>Defendants. | No. 5:18-cv-04071-DDC-ADM |

**PLAINTIFF'S OPPOSITION TO DEFENDANT BARCLAYS BANK DELAWARE'S PETITION FOR ATTORNEYS' FEES AND STAY OF JUDGMENT PENDING APPEAL**

Plaintiff makes his objections to Defendant's August 27, 2020 petition for attorneys' fees. Also, Plaintiff requests that this Court stay the judgment pursuant to Rule 8(a)(1)(A) and waive any bond requirement.

Dated: September 1, 2020

Respectfully submitted: _Anthony-Joseph Hampton_
Anthony J. Hampton, Plaintiff in pro per

---
1
PLAINTIFF'S OPOSITION TO ATTORNEYS' FEES-STAY OF JUDGMENT

# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

ANTHONY J. HAMPTON,    Plaintiff,

vs.

BARCLAYS BANK DELAWARE, et al.,

Defendant(s).

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

Case No. 5:18-cv-04071-DDC-ADM

I hereby certify that on September 1, 2020 (mm/dd/yyyy), I caused the following documents:

**PLAINTIFF'S OPPOSITION TO ATTORNEYS' FEES AND STAY OF JUDGMENT**

☐ to be filed electronically with the Clerk of Court through ECF and/or

☒ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

MARTIN PRINGLE OLIVER WALLACE & BAUER, LLP
9401 Indian Creek Parkway, Bldg. 40, Ste. 1150
Overland Park, Kansas 66210
For Barclays Bank Delaware

HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
For Discover Bank

MICHAEL BEST & FRIEDRICH, LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
For MPLGT

```
```

FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206
For MPLGT

Date:                              s/ *Anthony Joseph Hampton*
                                   **Signature of filing party**

                                   Anthony J. Hampton
                                   Filer's Typed Name