# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# TOPEKA DIVISION

| | |
|---|---|
| ANTHONY J. HAMPTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BARCLAYS BANK DELAWARE, *et al.*, | ) Case No. 5:18-CV-04071-DDC-KGS ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Comes now Daniel P. Meany, of the law firm of HUSCH BLACKWELL LLP, and hereby enters his appearance as counsel on behalf of Defendant Discover Bank in the above-captioned cause of action.

Dated: September 10, 2020

Respectfully Submitted,

 /s/ Daniel P. Meany
Kirsten A. Byrd        KS # 19602
Daniel P. Meany       KS # 28504
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8300
Facsimile (816) 983-8080
kirsten.byrd@huschblackwell.com
daniel.meany@huschblackwell.com

Mark G. Arnold        MO # 28369
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone (314) 480-1500
Facsimile (314) 480-1505
mark.arnold@huschblackwell.com

***Attorneys for Defendant Discover Bank***

HB: 4834-1213-4602.1

## **CERTIFICATE OF SERVICE**

This undersigned certifies that on September 10, 2020, the foregoing was filed with the Clerk of the Court by using the court's e-filing system, causing electronic service on all counsel of record.

Plaintiff Anthony J. Hampton was served the foregoing by United States mail at:

Anthony J. Hampton
2615 Mountain View Drive
McKinney, TX 75071

*/s/ Daniel P. Meany*
*Attorneys for Defendant Discover Bank*

HB: 4834-1213-4602.1