IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON,<br><br>  Plaintiff,<br><br>  v.<br><br>BARCLAYS BANK DELAWARE; DISCOVER BANK; LOAN DEPOT, LLC; MARKETPLACE LOAN GRANTOR TRUST, SERIES 2016-LD1; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; AND DOES 1-10,<br><br>  Defendants. | Case No. **18-4071-DDC** |

### DEFENDANT BARCLAYS BANK DELAWARE'S
### REPLY IN SUPPORT OF PETITION FOR ATTORNEYS' FEES

Defendant Barclays Bank Delaware ("Barclays") submits this Reply in Support of Petition for Attorneys' Fees in response to Plaintiff Anthony J. Hampton's Response in Opposition (ECF No. 216) ("Response"). In support thereof, Barclays states as follows:

### INTRODUCTION

1. On August 13, 2020, the Court granted Barclays' motion for summary judgment, dismissing Plaintiff's sole claim against Barclays under the Fair Credit Reporting Act, 15 U.S.C. § 1681–1681x, and awarding Barclays $5,629.33 in damages on its Counterclaim for breach of contract, plus interest, and the reasonable attorneys' fees and costs. (ECF No. 208 at 63)

2. Barclays filed its Petition for Attorneys' Fees on August 27, 2020 ("Petition for Fees"). (ECF No. 213)

3. On August 28, 2020, Plaintiff filed a Notice of Appeal. (ECF No. 215)

4. On September 4, 2020, Plaintiff filed his Response to Barclays' Petition for Fees (ECF No. 216). Plaintiff's Response consists of ***one sentence***: "Plaintiff makes his objections to Defendant's August 27, 2020 petition for attorneys' fees." *Id*.

5. Plaintiff's Response utterly fails to provide any substantive basis in opposition to Barclay's Petition for Fees and should be summarily rejected.

6. On the other hand, Barclays submitted its Petition for Fees along with a declaration and documentation including invoices, which establish beyond peradventure the reasonableness of the fees related solely to the prosecution of Barclay's Counterclaim.

## LEGAL ARGUMENT

1. As set forth in the Petition for Fees, in evaluating fees that a contract awards, the Tenth Circuit utilizes the "lodestar" approach. *Ramos v. Lamm*, 713 F.2d 546 (10th Cir. 1983). The lodestar is "the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate," which produces a presumptively reasonable fee that may in rare circumstances be adjusted to account for the presence of special circumstances. *See Anchondo v. Anderson, Crenshaw & Assocs*., LLC, 616 F.3d 1098, 1102 (10th Cir. 2010) (citations omitted).

2. Here, to satisfy the two components of the lodestar calculation, Barclays submitted the Declaration of Christopher R. Murphy, Esq. which establishes the number of hours reasonably expended in pursuit of the Counterclaim and the reasonable hourly rate. (ECF No. 213-01).

3. In addition to Mr. Murphy's Declaration, Barclays submitted the invoices related to the work performed on the Counterclaim, with detailed time entries and descriptions, thereby satisfying the first component regarding the amount of hours expended. (ECF No. 213-02).

4. To support the second component, the appropriate hourly rates, Barclays submitted Mr. Murphy's Declaration and the Corporate Counsel Desk Book, Missouri Lawyers Media (2020

Ed.), establishing that the hourly rates are within the range of average hourly rates in Kansas City. (ECF No. 213-03).

5. In short, Barclays has satisfied the lodestar test, and is entitled to the presumption that the lodestar amount reflects a "reasonable fee." *See Robinson v. City of Edmond*, 160 F.3d 1275, 1281 (10th Cir. 1998). Plaintiff has offered absolutely nothing to rebut this presumption.

6. Accordingly, this Court should award to Barclays its attorneys' fees of $2,455.

## CONCLUSION

Defendant Barclays Bank Delaware respectfully requests that this Court enter an Order granting its Petition for Attorneys' Fees, awarding it attorneys' fees in the amount of $2,455 and granting it such further relief as the Court deems appropriate.

Dated: September 15, 2020         Respectfully submitted,

    /s/ B. Scott Tschudy
B. Scott Tschudy, Kansas Bar 12129
Kate B. McKinney, Kansas Bar 19691
MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, LLP
9401 Indian Creek Parkway
Building 40, Suite 1150
Overland Park, KS 66210
T: (913) 491-5500
F: (913) 491-3341
E: btstschudy@martinpringle.com

Christopher R. Murphy (admitted *pro hac vice*)
REED SMITH LLP
10 S. Wacker Dr.
Suite 4000
Chicago, IL 60606
T: (312) 207-6548
F: (312) 207-6400
E: CRMurphy@reedsmith.com

*Counsel for Defendant Barclays Bank Delaware*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on September 15, 2020, a true and accurate copy of the foregoing was filed electronically with the Court and was also emailed to Anthony J. Hampton at [anthsehsafsamseth@protonmail.com](mailto:anthsehsafsamseth@protonmail.com) and mailed via USPS first class mail, postage prepaid to Anthony Hampton, 2615 Mountain View Drive, McKinney, TX 75071.  Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties.  Parties may access this filing through the Court's CM/ECF system.

*/s/ B. Scott Tschudy*
B. Scott Tschudy